1  DANIEL RODRIGUEZ, ESQ., SBN 096625
2  M. SCOTT. FONTES, ESQ., SBN 139567
3  CHARLES R. CHAPMAN, ESQ., SBN 115505
   **RODRIGUEZ & ASSOCIATES**
4  2020 EYE STREET, BAKERSFIELD, CA 93301
5  TELEPHONE (661) 323-1400   FAX (661) 323-0132

6  Attorneys for Plaintiff AE, a minor, by and through
7  his Guardian ad Litem, MARIBEL HERNANDEZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AE, a minor, by and through his Guardian ad Litem, MARIBEL HERNANDEZ, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF TULARE, TULARE COUNTY HEALTH AND HUMAN SERVICES AGENCY, TULARE COUNTY CHILD WELFARE SERVICES, CELESTE ABARCA, PATRICIA NEGRETTE, YADIRA PORTILLO, PRUDENCE MORRIS, HELEN RUE, COURTNEY WAMPLER, CWA FELIX, HEIDI WILLIAMS, DR. SOTO, ADRIAN MARQUEZ, TIFFANY BREEN, LETICIA QUEZADA, MARIE FOCHA, MIRIAM SALLAM, FAMILY BUILDERS FOSTER CARE, INC., and Does 1 to 100, inclusive, <br><br> Defendants. | Case No. <br><br> **APPLICATION OF MARIBEL HERNANDEZ TO BE APPOINTED GUARDIAN AD LITEM FOR MINOR AE** <br><br> [Fed. R. Civ. Pro. 17(c); Local Rule 202(a)] |

# APPLICATION

1. Applicant, Maribel Hernandez, is the natural mother of the minor whose initials and year of birth are set forth below pursuant to Local Rules 140(a)(i) and 140(a)(iv):

AE:   1998

2. Applicant seeks to be appointed as the guardian ad litem for the above-named minor. Said minor has no general guardian and no previous petition for appointment of a guardian ad litem for AE has been filed in this matter.

3. The above-named minor has commenced this action for violation of his civil rights under the Fourteenth Amendment pursuant to 42 U.S.C. §§ 1983, 1988, as well as related California state law claims. The civil rights and state law violations occurred from September 4, 2008, through at least February 24, 2009, in the County of Tulare. As a result of said violations, Plaintiff suffered the personal, physical, psychological, emotional and other injuries and damages as alleged in the Complaint.

4. Applicant's address is 735 E. Terra Bella, Apt. 36, Pixley, California. Applicant is a responsible person and fully competent to act as the minor's guardian ad litem.

5. Applicant is willing to act as guardian ad litem for the above-named minor, as appears by her consent attached hereto.

///
///
///

APPLICATION OF MARIBEL HERNANDEZ TO BE APPOINTED GUARDIAN AD LITEM FOR MINOR AE
- 2 -

WHEREFORE, Applicant moves the Court for an order appointing her as guardian ad litem for AE for the purpose of bringing this action.

DATED: December 1, 2009                    RODRIGUEZ & ASSOCIATES


By: /s/ Charles Chapman
CHARLES R. CHAPMAN
Attorney for Plaintiff


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this __1__ day of December 2009, at Bakersfield, California.

/s/ Maribel Hernandez
MARIBEL HERNANDEZ

### CONSENT TO ACT AS GUARDIAN AD LITEM

I, Maribel Hernandez, consent to act as guardian ad litem for AE, a minor, in above-entitled action.

DATED: December __1__, 2009

/s/ Maribel Hernandez
MARIBEL HERNANDEZ