DANIEL RODRIGUEZ, ESQ., SBN 096625
M. SCOTT. FONTES, ESQ., SBN 139567
CHARLES R. CHAPMAN, ESQ., SBN 115505
**RODRIGUEZ & ASSOCIATES**
2020 EYE STREET, BAKERSFIELD, CA  93301
TELEPHONE (661) 323-1400   FAX (661) 323-0132

Attorneys for Plaintiff AE, a minor, by and through his Guardian ad Litem, MARIBEL HERNANDEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AE, a minor, by and through his Guardian ad Litem, MARIBEL HERNANDEZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>COUNTY OF TULARE, TULARE COUNTY HEALTH AND HUMAN SERVICES AGENCY, TULARE COUNTY CHILD WELFARE SERVICES, CELESTE ABARCA, PATRICIA NEGRETTE, YADIRA PORTILLO, PRUDENCE MORRIS, HELEN RUE, COURTNEY WAMPLER, CWA FELIX, HEIDI WILLIAMS, DR. SOTO, ADRIAN MARQUEZ,  TIFFANY BREEN, LETICIA QUEZADA, MARIE FOCHA, MIRIAM SALLAM, FAMILY BUILDERS FOSTER CARE, INC., and Does 1 to 100, inclusive,<br><br>        Defendants. | 1:09cv02204 LJO DLB<br><br>**ORDER GRANTING APPLICATION OF MARIBEL HERNANDEZ TO BE APPOINTED GUARDIAN AD LITEM FOR MINOR AE**<br><br>[Fed. R. Civ. Pro. 17(c); Local Rule 202(a)] |

The Court having considered the Application of Maribel Hernandez for the appointment of a guardian ad litem for AE, a minor, who is a Plaintiff in the above-entitled action and good cause appearing,

IT IS HEREBY ORDERED that Maribel Hernandez be appointed guardian ad litem for AE in this action.

IT IS SO ORDERED.

DATED: December 21, 2009         ____/s/ Dennis L. Beck_____
                                 U. S. MAGISTRATE JUDGE