KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
Teresa M. Saucedo, #093121
Chief Deputy County Counsel
Judy Chapman, # 169479
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Phone: (559) 636-4950
Fax: (559) 737-4319
E-mail: jchapman@co.tulare.ca.us

Attorneys for County of Tulare

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AE,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>COUNTY OF TULARE, ET AL.,<br><br>　　　　Defendant(s). | **CASE NO. 1:09-CV-02204-LJO-DLB**<br><br>STIPULATION OF THE PARTIES TO CONTINUE THE DUE DATE OF THE RESPONSIVE PLEADING FOR DEFENDANT COUNTY OF TULARE and<br><br>RESCHEDULE THE SCHEDULING CONFERENCE; and<br><br>ORDER |

　　　The parties hereby stipulate to continue the due date of the responsive pleading of Defendant, COUNTY OF TULARE, by 28 days. Defendant, COUNTY OF TULARE, will file its response to Plaintiff's complaint on or before March 10, 2010. Additionally, the parties request that the Scheduling Conference currently set for March 18, 2010, be rescheduled to April 27, 2010, at 9:00 a.m.

Dated: February 1, 2010　　　　　　　　RODRIGUEZ & ASSOCIATES


　　　　　　　　　　　　　　　　　　　　By /s/ Charles R. Chapman (authorized 1/27/10)
　　　　　　　　　　　　　　　　　　　　　　CHARLES R. CHAPMAN
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1

Dated: February 1, 2010	KATHLEEN BALES-LANGE
Tulare County Counsel


By /s/ Judy Chapman
JUDY CHAPMAN
Deputy County Counsel

IT IS SO ORDERED.

Dated: **February 3, 2010**	/s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE