Robert D. Wilkinson #100478
Olga A. Balderama #166476

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for Defendants TULARE YOUTH SERVICE BUREAU and ADRAIN MARQUEZ (erroneously sued herein as Adrian Marquez)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AE, | CASE NO. 1:09-CV-02204-LJO-DLB |
| Plaintiff(s), | **STIPULATION OF THE PARTIES TO CONTINUE THE DUE DATE OF THE RESPONSIVE PLEADING FOR DEFENDANTS TULARE YOUTH SERVICE BUREAU AND ADRAIN MARQUEZ AND ORDER** |
| v. | |
| COUNTY OF TULARE ET AL., | |
| Defendant(s). | [**LOCAL RULE 6-144**] |

No previous extensions having been requested or agreed to, the parties hereby stipulate to continue the due date of the responsive pleading of Defendants Tulare Youth Service Bureau and Adrain Marquez by 28 days. Pursuant to Local Rule 6-144, Defendants, Tulare Youth Service Bureau and Adrain Marquez will file their response to Plaintiff's complaint on or before May 3, 2010.

DATED: April 1, 2010.                                BAKER MANOCK & JENSEN, PC

                                                     By  /s/ Robert D. Wilkinson
                                                     Robert D. Wilkinson
                                                     Olga Balderama
                                                     Attorneys for Defendants
                                                     Tulare Youth Service Bureau and Adrain Marquez

**STIPULATION AND [PROPOSED] ORDER**

1  DATED: April  1 , 2010.                             RODRIGUEZ & ASSOCIATES

2

3                                                       By    /s/ Charles R. Chapman
                                                        Charles R. Chapman
4                                                       Attorney for Plaintiff AE

5

6      IT IS SO ORDERED.

7         **Dated:   April 3, 2010**                        **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE
8

2

**STIPULATION AND [PROPOSED] ORDER**