KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
Teresa M. Saucedo, #093121
Chief Deputy County Counsel
Judy Chapman, # 169479
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Phone: (559) 636-4950
Fax: (559) 737-4319
E-mail: jchapman@co.tulare.ca.us

Attorneys for County of Tulare, Celeste Abarca, Patricia Negrette, Yadira Portillo, Prudence Morris, Courtney Wampler, CWA Felix, Dr. Soto, Tiffany Breen, Marie Focha, and Miriam Sallam

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AE,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE, et al.<br><br>    Defendants. | **CASE NO. 1:09-CV-02204-LJO-DLB**<br><br>STIPULATION OF THE PARTIES TO CONTINUE SCHEDULING CONFERENCE; AND PROPOSED ORDER |

Due to the pending motions to dismiss and to allow sufficient time for all defendants to respond to the First Amended Complaint, the parties hereby stipulate to continue the Initial Scheduling Conference currently set for April 27, 2010 to June 22, 2010 at 09:00 AM in Courtroom 9 before Magistrate Judge Dennis L. Beck.

Dated:  4/6/10                          RODRIGUEZ & ASSOCIATES


                                        By /s/ Charles R. Chapman (authorized 4/6/10)
                                            CHARLES R. CHAPMAN
                                            Attorney for Plaintiff

1

Stipulation to Continue Initial Scheduling Conference

Dated:    4/6/10    KATHLEEN BALES-LANGE
Tulare County Counsel


By /s/ Judy Chapman
   Judy Chapman,
   Deputy County Counsel

Dated:    4/7/10    BORTON PETRINI LLP


By /s/ James J. Braze (authorized 4/7/10)
   James J. Braze, Attorneys for
   Defendant, Family Builders
   Foster Care, Inc.

IT IS SO ORDERED.

Dated:  **April 8, 2010**    /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

2

Stipulation to Continue Initial Scheduling Conference