DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ., SBN 152254
CHARLES R. CHAPMAN, ESQ., SBN 115505
**RODRIGUEZ & ASSOCIATES**
2020 EYE STREET, BAKERSFIELD, CA  93301
TELEPHONE:  (661) 323-1400   FAX: (661) 323-0132

Attorneys for Plaintiff,
AE, a minor, by and through his
Guardian ad Litem, MARIBEL HERNANDEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AE, a minor, by and through his Guardian ad Litem, MARIBEL HERNANDEZ,<br><br>             Plaintiff,<br><br>     vs.<br><br>YADIRA PORTILLO, COURTNEY WAMPLER, CWA FELIX, HEIDI WILLIAMS, ADRIAN MARQUEZ, TULARE YOUTH SERVICE BUREAU, INCORPORATED, and Does 2 to 100, inclusive,<br><br>             Defendants. | Case No. 1:09−CV−02204−LJO−DLB<br><br>**ORDER GRANTING STIPULATION TO FILE THIRD AMENDED COMPLAINT** |

## ORDER

IT IS HEREBY ORDERED, pursuant to the Stipulation by and between all of the parties who have appeared in this action, through their undersigned counsel, that:

1. Plaintiffs shall be granted leave to file a Third Amended Complaint;

2. Defendants do not waive any of their defenses to the Third Amended Complaint, and do not waive their right to file motions to dismiss under Rule 12 of the Federal Rules of Civil Procedure; and

3. Defendants shall have twenty days after service of the Third Amended Complaint to file their responsive pleadings.

IT IS SO ORDERED.

Dated:   **May 14, 2010**                         /s/ Dennis L. Beck
                                                            UNITED STATES MAGISTRATE JUDGE