IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AE,<br><br>                    Plaintiff,<br>     vs.<br>COUNTY OF TULALURE, et al,<br><br>                    Defendants.<br>_____/ | CASE NO. CV F 09-2204 LJO DLB<br><br>**ORDER TO SHOW CAUSE** |

Counsel for defendants Yadira Portillo, Courtney Wampler and CWA Felix filed, on July 2, 2010, reply papers which exceeded this Court's 10-page limit. *See* Standing Order, doc. 21, attachment 1. As such, this Court ORDERS defense counsel, no later than July 12, 2010, to file and serve papers to show cause why this Court should not impose sanctions for disobedience of the Standing Order. Alternatively, defense counsel may discharge this order to show cause by delivering, no later July 12, 2010, to this Court's clerk a $100 check payable to the "Clerk of Court" and filing and serving notice of the payment.

IT IS SO ORDERED.

**Dated:    July 7, 2010**                        /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1