IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AE, a minor, by and through his Guardian ad Litem, MARIBEL HERNANDEZ,<br><br>                Plaintiff,<br><br>        vs.<br><br>YARDIRA PORTILLO, et al.,<br><br>                Defendants.<br>_____/ | CASE NO. CV F 09-2204 LJO DLB<br><br>**ORDER TO DISMISS DEFENDANT**<br>(Doc. 84.) |

Based on the request of former defendant Family Builders Foster Care, Inc. and plaintiff's failure to file amended claims against Family Builders Foster Care, Inc., this Court DISMISSES this action as to defendant Family Builders Foster Care, Inc. only.

**The clerk is directed NOT to close this action.**

IT IS SO ORDERED.

**Dated:   August 10, 2010**               /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE

1