KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
Teresa M. Saucedo, #093121
Chief Deputy County Counsel
Judy Chapman, # 169479
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Phone: (559) 636-4950
Fax: (559) 737-4319
E-mail: jchapman@co.tulare.ca.us

Attorneys for Yadira Portillo, Courtney Wampler, and CWA Felix

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE, et al.<br><br>　　　　　　Defendants. | **CASE NO. 1:09-CV-02204-LJO-DLB**<br><br>STIPULATION OF THE PARTIES CONSENTING TO DEFENDANTS' FILING THIRD-PARTY COMPLAINT IMPLEADING THIRD PARTY DEFENDANT AND ORDER |

　　　The undersigned parties hereby consent to Defendants, YADIRA PORTILLO, COURTNEY WAMPLER, AND CWA FELIX, filing and serving a Third-Party Complaint to implead former Defendant, FAMILY BUILDERS FOSTER CARE, INC.

Dated: <u>authorized on 1/6/11</u>　　　RODRIGUEZ & ASSOCIATES

　　　　　　　　　　　　　　　　　By ___/s/ Charles R. Chapman___
　　　　　　　　　　　　　　　　　　　CHARLES R. CHAPMAN
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: <u>authorized on 1/6/11</u>　　　GORDON & REES LLP

　　　　　　　　　　　　　　　　　By ___/s/ George Acero___
　　　　　　　　　　　　　　　　　　　GEORGE ACERO
　　　　　　　　　　　　　　　　　　　Attorney for Defendants Adrian Marquez and Tulare Youth Services Bureau, Inc.

1 | Dated: 1/6/11

KATHLEEN BALES-LANGE
Tulare County Counsel

By   /s/ Judy Chapman
Judy Chapman
Deputy County Counsel
Attorneys for Yadira Portillo, Courtney Wampler, and CWA Felix

IT IS SO ORDERED.

Dated:   **January 7, 2011**         /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE