KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
Teresa M. Saucedo, #093121
Chief Deputy County Counsel
Judy Chapman, # 169479
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Phone: (559) 636-4950
Fax: (559) 737-4319
E-mail: jchapman@co.tulare.ca.us

Attorneys for Yadira Portillo, Courtney Wampler, and
CWA Felix

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AE,<br><br>        Plaintiff,<br>v.<br>COUNTY OF TULARE, et al.<br>        Defendants. | **CASE NO. 1:09-CV-02204-LJO-DLB**<br><br>STIPULATION OF THE PARTIES TO ALLOW MOVANT TO FILE AMENDED MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT IMPLEADING THIRD PARTY DEFENDANT AND ORDER |

      Defendants Yadira Portillo, Courtney Wampler, and CWA Felix filed their Motion for Leave to File Third-Party Complaint Impleading Third Party Defendant on December 10, 2010, setting the hearing on its motion for <u>January 14, 2011 at 9:00 a.m.</u>  The motion was inadvertently filed without attached Points and Authorities in Support of its Motion.  Said Defendants were unaware of this oversight until the filing of an Opposition to Motion by Proposed Third-Party Defendant, Family Builders Foster Care on December 30, 2010.  The oversight was discovered upon review of the opposition by Defendants' counsel.  (See declaration of Sharon Castellini, filed herewith as exhibit to Request to File Points and Authorities.)

      Due to said oversight, THE PARTIES HEREBY STIPULATE that Defendants, YADIRA PORTILLO, COURTNEY WAMPLER, AND CWA FELIX, may file an amended Motion for Leave to File Third-Party Complaint with the Points and Authorities in Support of Motion.

1

1  In the event that the court deems it necessary, the parties stipulate to continue the hearing on
2  this matter to <u>February 18, 2011 at 9:00 a.m.</u>, to allow the parties sufficient time to respond to the
3  moving documents.

Dated:  <u>authorized on 1/5/11</u>     RODRIGUEZ & ASSOCIATES

By  <u>  /s/ Charles R. Chapman  </u>
  CHARLES R. CHAPMAN
  Attorney for Plaintiff

Dated:  <u>authorized on 1/5/11</u>     GORDON & REES LLP

By  <u>  /s/ George Acero  </u>
  GEORGE ACERO
  Attorney for Defendants Adrian Marquez and Tulare Youth Services Bureau, Inc.

Dated:  <u>      1/5/11      </u>     KATHLEEN BALES-LANGE
Tulare County Counsel

By  <u>  /s/ Judy Chapman  </u>
  Judy Chapman
  Deputy County Counsel
  Attorneys for Yadira Portillo, Courtney Wampler, and CWA Felix

IT IS SO ORDERED.

 Dated:  **January 7, 2011**         /s/ *Dennis L. Beck*
            UNITED STATES MAGISTRATE JUDGE