DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ., SBN 152254
CHARLES R. CHAPMAN, ESQ., SBN 115505
**RODRIGUEZ & ASSOCIATES**
2020 EYE STREET, BAKERSFIELD, CA  93301
TELEPHONE:  (661) 323-1400   FAX: (661) 323-0132

Attorneys for Plaintiff,
AE, a minor, by and through his
Guardian ad Litem, MARIBEL HERNANDEZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AE, a minor, by and through his Guardian ad Litem, MARIBEL HERNANDEZ,<br><br>                Plaintiff,<br><br>     vs.<br><br>YADIRA PORTILLO, COURTNEY WAMPLER, CWA FELIX, HEIDI WILLIAMS, ADRIAN MARQUEZ, TULARE YOUTH SERVICE BUREAU, INCORPORATED, and Does 2 to 100, inclusive,<br><br>              Defendants. | Case No. 1:09−CV−02204−LJO−DLB<br><br><br>**ORDER GRANTING STIPULATION TO FILE FOURTH AMENDED COMPLAINT** |

## <u>ORDER</u>

IT IS HEREBY ORDERED, pursuant to the Stipulation by and between all of the parties who have appeared in this action, through their undersigned counsel, that:

1.   Plaintiffs shall be granted leave to file a Fourth Amended Complaint;

2.   Defendants do not waive any of their defenses to the Fourth Amended Complaint, and do not waive their right to file motions to dismiss under Rule 12 of the Federal Rules of Civil Procedure;

3.   Defendants' prior Answers to the Third Amended Complaint shall, if they so choose, be effective as to the Fourth Amended Complaint; and

4.   Defendants shall have twenty days after service of the Fourth Amended Complaint to file, if they so choose, new responsive pleadings if they deem it necessary.

IT IS SO ORDERED.

Dated:   **April 18, 2011**                    _/s/ Dennis L. Beck_
                                         UNITED STATES MAGISTRATE JUDGE