EXHIBIT 2

## AGREEMENT

**THIS AGREEMENT,** is entered into as of ___11/06/07___ , between the COUNTY OF TULARE, referred to as COUNTY, and FAMILY BUILDERS FOSTER CARE, INC., referred to as CONTRACTOR, with reference to the following:

A. COUNTY desires to obtain Intensive Foster Care Services as authorized by SB 969, Welfare & Institutions Code section 18358;

B. County has determined that there is a need to reduce the length of residential and/or psychiatric hospital treatment and wishes to successfully transition and maintain children in family environments by providing Intensive Foster Care (ITFC) services;

C. CONTRACTOR operates a license foster care facility and can provide an environment designed to meet it's objective is through contractual arrangements with the CONTRACTOR;

D. CONTRACTOR is willing to enter into this Agreement with the COUNTY to provide such services upon the terms and conditions hereinafter set forth.

### ACCORDINGLY, IT IS AGREED:

**1. TERM:** This Agreement shall become effective July 1, 2007 and shall terminate on June 30, 2008 unless terminated sooner as provided in this Agreement.

**2. SERVICES:** CONTRACTOR shall provide the services as set forth in Exhibits "A, "A-1 and "A-2," which Exhibits are made a part of this Agreement by reference.

**3. PAYMENT FOR SERVICES:** For services rendered, CONTRACTOR shall be paid according to the fee schedule set forth in Exhibit "B," which Exhibit is made part of this Agreement by reference.

**4. COMPLIANCE WITH LAW:** CONTRACTOR shall provide services in accordance with all applicable Federal, State, and local laws, regulations and directives. With respect to CONTRACTOR'S employees, CONTRACTOR shall comply with all laws and regulations pertaining to wages and hours, state and federal income tax, unemployment insurance, Social Security, disability insurance, workers' compensation insurance, and discrimination in employment. If CONTRACTOR is an individual or sole proprietorship, this Agreement is subject to the Independent Contractor reporting requirements of Unemployment Insurance Code section 1088.8. In such case, CONTRACTOR shall accurately fill out and complete the California Unemployment Development Department's form DE-542 ("Report of Independent Contractor(s)") and submit it to COUNTY at the time this Agreement is executed by CONTRACTOR. Failure to provide form DE-542 with complete information by the time specified may, at COUNTY'S option, prevent approval of this Agreement by COUNTY, or may be grounds for its termination by COUNTY, and COUNTY reserves the right to offset the amount of any fines or penalties imposed on COUNTY against any sum due or to become due.

**5. INSURANCE:** Prior to approval of this Agreement by COUNTY, CONTRACTOR

TULARE COUNTY AGREEMENT NO. 23329

shall file with the Clerk of the Board of Supervisors evidence of the required insurance as set forth in Exhibit "C," which Exhibit is made part of this Agreement by reference.

**6.   INDEPENDENT CONTRACTOR STATUS:**
    A. This Agreement is entered into by both parties with the understanding that CONTRACTOR will perform all services required under this Agreement as an independent contractor. Nothing in this Agreement shall be construed to constitute CONTRACTOR or any of its agents, employees or officers as an agent, employee or officer of COUNTY, and CONTRACTOR shall advise everyone it assigns or hires to perform any duty under this Agreement that they are not employees of COUNTY. Subject to any performance criteria contained in this Agreement, CONTRACTOR shall be solely responsible for determining the means and methods of performing the specified services and COUNTY shall have no right to control or exercise any supervision over CONTRACTOR as to how the services will be performed. As CONTRACTOR is not COUNTY'S employee, CONTRACTOR is responsible for paying all required state and federal taxes. In particular, COUNTY will not:

1. Withhold FICA (Social Security) from CONTRACTOR'S payments.
2. Make state or federal unemployment insurance contributions on CONTRACTOR'S behalf.
3. Withhold state or federal income tax from payments to CONTRACTOR.
4. Make disability insurance contributions on behalf of CONTRACTOR.
5. Obtain unemployment compensation insurance on behalf of CONTRACTOR.

    B. Notwithstanding this independent contractor relationship, COUNTY shall have the right to monitor and evaluate the performance of CONTRACTOR to assure compliance with this Agreement.

    **7.   INDEMNIFICATION:** CONTRACTOR shall hold harmless, defend and indemnify COUNTY, its agents, officers and employees from and against any liability, claims, actions, costs, damages or losses of any kind, including death or injury to any person and/or damage to property, including COUNTY property, arising from, or in connection with, the performance by CONTRACTOR or its agents, officers and employees under this Agreement. This indemnification specifically includes any claims that may be made against COUNTY by any taxing authority asserting that an employer-employee relationship exists by reason of this Agreement, any claims made against COUNTY alleging civil rights violations by CONTRACTOR under Government Code section 12920 et seq. (California Fair Employment and Housing Act), and any fines or penalties imposed on COUNTY for CONTRACTOR'S failure to provide form DE-542, when applicable. This indemnification obligation shall continue beyond the term or termination of this Agreement as to any acts or omissions occurring under this Agreement or any extension of this Agreement.

    **8.   TERMINATION:**
    (a)    Without Cause: County will have the right to terminate this Agreement without cause by giving thirty (30) days prior written notice of intention to terminate pursuant to this provision, specifying the date of termination.  County will pay to the CONTRACTOR the compensation earned for work performed and not previously paid for to the date of termination.

County will not pay lost anticipated profits or other economic loss. The payment of such compensation is subject to the restrictions on payment of compensation otherwise provided in this Agreement, and is conditioned upon receipt from CONTRACTOR of any and all plans, specifications and estimates, and other documents prepared by CONTRACTOR in accordance with this Agreement. No sanctions will be imposed.

        (b)    <u>With Cause</u>: This Agreement may be terminated by either party should the other party:

        (1)    be adjudged a bankrupt, or

        (2)    become insolvent or have a receiver appointed, or

        (3)    make a general assignment for the benefit of creditors, or

        (4)    suffer any judgment which remains unsatisfied for 30 days, and which would substantively impair the ability of the judgment debtor to perform under this Agreement, or

        (5)    materially breach this Agreement, or

        (6)    material misrepresentation, either by CONTRACTOR or anyone acting on CONTRACTOR's behalf, as to any matter related in any way to COUNTY's retention of CONTRACTOR, or

        (7)    other misconduct or circumstances which, in the sole discretion of the COUNTY, either impair the ability of CONTRACTOR to competently provide the services under this Agreement, or expose the COUNTY to an unreasonable risk of liability.

County will pay to the CONTRACTOR the compensation earned for work performed and not previously paid for to the date of termination. The payment of such compensation is subject to the restrictions on payment of compensation otherwise provided in this Agreement, and is conditioned upon receipt from CONTRACTOR of any and all plans, specifications and estimates, and other documents prepared by CONTRACTOR by the date of termination in accordance with this Agreement. County will not pay lost anticipated profits or other economic loss, nor will the County pay compensation or make reimbursement to cure a breach arising out of or resulting from such termination. If this Agreement is terminated and the expense of finishing the CONTRACTOR's scope of work exceeds the unpaid balance of the agreement, the CONTRACTOR must pay the difference to the County. Sanctions taken will be possible rejection of future proposals based on specific causes of non-performance.

        c. Effects of Termination:  Expiration or termination of this Agreement shall not terminate any obligations to indemnify, to maintain and make available any records pertaining to the Agreement, to cooperate with any audit, to be subject to offset, or to make any reports of pre-termination contract activities. Where CONTRACTOR's services have been terminated by the County, said termination will not affect any rights of the County to recover damages against the CONTRACTOR.

        d. Suspension of Performance:  Independent of any right to terminate this Agreement, the authorized representative of COUNTY for which CONTRACTOR's services are to be performed, may immediately suspend performance by CONTRACTOR, in whole or in part, in response to health, safety or financial emergency, or a failure or refusal by CONTRACTOR to comply with the provisions of this Agreement, until such time as the cause for suspension is resolved, or a notice of termination becomes effective.

**9. ENTIRE AGREEMENT REPRESENTED:** This Agreement represents the entire agreement between CONTRACTOR and COUNTY as to its subject matter and no prior oral or written understanding shall be of any force or effect. No part of this Agreement may be modified without the written consent of both parties.

**10. HEADINGS:** Section headings are provided for organizational purposes only and do not in any manner affect the scope, meaning or intent of the provisions under the headings.

**11. NOTICES:**

A. Except as may be otherwise required by law, any notice to be given shall be written and shall be either personally delivered, sent by facsimile transmission or sent by first class mail, postage prepaid and addressed as follows:

**COUNTY:**
CONTRACT UNIT
TULARE HEALTH & HUMAN SERVICES AGENCY
5957 S. Mooney Boulevard
Visalia, CA 93277
**Fax No.:____559-737-4059**
**Phone No.:__559-737-4686**

**CONTRACTOR:**
FAMILY BUILDERS FOSTER CARE, INC.
113 N. Church Street
Visalia, Ca 93291
**Fax No.: 559-636-1792_____**
**Phone No.:_559-636-1775_____**

B. Notice personally delivered is effective when delivered. Notice sent by facsimile transmission is deemed received upon successful transmission. Notice sent by first class mail shall be deemed received on the fifth day after the date of mailing. Either party may change their above address or phone or fax number by giving written notice pursuant to this paragraph.

**12. CONSTRUCTION:** This Agreement reflects the contributions of both parties and accordingly the provisions of Civil Code section 1654 shall not apply to address and interpret any uncertainty.

**13. NO THIRD PARTY BENEFICIARIES INTENDED:** Unless specifically set forth, the parties to this Agreement do not intend to provide any other party with any benefit or enforceable legal or equitable right or remedy.

**14. GOVERNING LAW:** This Agreement shall be interpreted and governed under the laws of the State of California without reference to California conflicts of law principles. The parties agree that this contract is made in and shall be performed in Tulare County California.

4

**15. WAIVERS:** The failure of either party to insist on strict compliance with any provision of this Agreement shall not be considered a waiver of any right to do so, whether for that breach or any subsequent breach. The acceptance by either party of either performance or payment shall not be considered to be a waiver of any preceding breach of the Agreement by the other party.

**16. EXHIBITS AND RECITALS:** The Recitals and the Exhibits to this Agreement are fully incorporated into and integral parts of this Agreement.

**17. CONFLICT WITH LAWS OR REGULATIONS/SEVERABILITY:**
This Agreement is subject to all applicable laws and regulations. If any provision of this Agreement is found by any court or other legal authority, or is agreed by the parties, to be in conflict with any code or regulation governing its subject, the conflicting provision shall be considered null and void. If the effect of nullifying any conflicting provision is such that a material benefit of the Agreement to either party is lost, the Agreement may be terminated at the option of the affected party. In all other cases the remainder of the Agreement shall continue in full force and effect.

**18. FURTHER ASSURANCES:** Each party will execute any additional documents and perform any further acts as may be reasonably required to effect the purposes of this agreement.

**19. ASSURANCES OF NON-DISCRIMINATION:** CONTRACTOR shall not discriminate in employment or in the provision of services on the basis of any characteristic or condition upon which discrimination is prohibited by state or federal law or regulation.
(a) It is recognized that both the CONTRACTOR and the COUNTY have the responsibility to protect COUNTY employees and clients from unlawful activities, including discrimination and sexual harassment in the workplace. Accordingly, Contractor agrees to provide appropriate training to its employees regarding discrimination and sexual harassment issues, and to promptly and appropriately investigate any allegations t6hat any of its employees may have engaged in improper discrimination or harassment activities. The COUNTY, in its sole discretion, has the right to require CONTRACTOR to replace any employee, who provides services of any kind to COUNTY pursuant to this Agreement, with other employees where COUNTY is concerned that its employees or clients may have been or may be the subjects of discrimination or harassment by such employees. The right to require replacement of employees as aforesaid shall not preclude COUNTY from terminating this agreement with or without cause as provided for herein.

**20. ASSIGNMENT/SUBCONTRACTING:** Unless otherwise provided in this Agreement, COUNTY is relying on the personal skill, expertise, training and experience of CONTRACTOR and CONTRACTOR'S employees and no part of this Agreement may be assigned or subcontracted by CONTRACTOR without the prior written consent of COUNTY.

**21. DISPUTE RESOLUTION:** If a dispute arises out of or relating to this

5

Agreement, or the breach thereof, and if said dispute cannot be settled through negotiation, the parties agree first to try in good faith to settle the dispute by non-binding mediation before resorting to litigation or some other dispute resolution procedure, unless the parties mutually agree otherwise. The mediator shall be mutually selected by the parties, but in case of disagreement, the mediator shall be selected by lot from among two nominations provided by each party. All costs and fees required by the mediator shall be split equally by the parties; otherwise each party shall bear its own costs of mediation. If mediation fails to resolve the dispute within 30 days, either party may pursue litigation to resolve the dispute.

**22. LICENSE:** CONTRACTOR represents that they are licensed to provide license foster care services and agrees to notify COUNTY immediately should that status cease or should any action be initiated which may affect that status.

**23. RECORDS AND AUDIT:** CONTRACTOR shall maintain complete and accurate records with respect to the services rendered and the costs incurred under this Agreement. In addition, CONTRACTOR shall maintain complete and accurate records with respect to any payments to employees or sub-contractors. All such records shall be prepared in accordance with generally accepted accounting procedures, shall be clearly identified, and shall be kept readily accessible. Upon request, CONTRACTOR shall make such records available within Tulare County to the Auditor of Tulare County and to his agents and representatives, for the purpose of auditing and/or copying such records for a period of five (5) years from the date of final payment under this Agreement.

**24. CONFLICT OF INTEREST:**
A. CONTRACTOR agrees at all times in performance of this Agreement to comply with the law of the State of California regarding conflicts of interest or appearance of conflicts of interests, including, but not limited to Government Code section 1090 et. seq., and the Political Reform Act, Government Code section 81000 et seq., and regulations promulgated pursuant thereto by the California Fair Political Practices Commission. The statutes, regulations and laws previously referenced include, but are not limited to, prohibitions against any public officer or employee, including CONTRACTOR for this purpose, from the making of any decision on behalf of COUNTY in which such officer, employee, consultant or contractor has a direct or indirect financial interest. A violation can occur if the public officer, employee, consultant or contractor participates in or influences any COUNTY decision which has the potential to confer any pecuniary benefit on CONTRACTOR or any business firm in which CONTRACTOR has an interest, with certain narrow exceptions.
B. CONTRACTOR agrees that if any facts come to its attention which raise any questions as to the applicability of conflicts of interest's laws, it will immediately inform the COUNTY designated representative and provide all information needed for resolution of this question.

**25. HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT (HIPAA):**
A. CONTRACTOR shall comply with the Health Insurance Portability and Accountability Act (HIPAA) Business Associate exhibit, attached as Exhibit "D," which Exhibit

6

is made a part of this Agreement by reference.

B.  At termination of this Agreement, CONTRACTOR shall, if feasible, return or destroy all protected health information received from, or created or received by, CONTRACTOR on behalf of the COUNTY that CONTRACTOR still maintains in any form, and retain no copies of such information; or, if such return or destruction is not feasible, extend the protections of this Agreement to the information and limit further uses and disclosures to those purposes that make the return or destruction of the information feasible.

C.  COUNTY may immediately terminate this Agreement if COUNTY determines that CONTRACTOR has violated a material term of this provision.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**THE PARTIES,** having read and considered the above provisions, indicate their agreement by their authorized signatures below.

**COUNTY OF TULARE**

Date \_\_11|06|07\_\_                 By_____

Chairman, Board of Supervisors

**ATTEST:** C. BRIAN HADDIX
County Administrative Officer/Clerk of the Board
Of Supervisors of the County of Tulare

By_____
       Deputy Clerk

**FAMILY BUILDERS FOSTER CARE, INC**

By_____         Date \_10/9/07\_

Title_____

By_____         Date \_10/9/07\_

Title_____

Corporations Code Section 313 requires that contracts with a corporation shall be signed by the (1) chairman of the board, the president or any vice-president and (2) the secretary, any assistant, the chief financial officer, or any assistant treasurer; unless the contract is also accompanied by a certified copy of the Board of Directors resolution authorizing the execution of the contract.

Approved as to Form
County Counsel

By_____         Date \_9/25/2007\_
       Deputy County Counsel

Baz:/Paralegal/Contracts/2007 contracts/Family Builders/Agreement.doc

8

**Exhibit "A"**
**Responsibilities of Contractor**

Pursuant to Welfare & Institutions Code section 18358.10, hereinafter Welfare & Institutions Code is referred to as WIC, CONTRACTOR will be required to provide the following personnel, administrative and support services.

1.   **Foster Parents**

    a.   Special attention will be given to the selection and training of foster parents with respect to their parenting skills, family situations and ability to work with children who are emotionally disturbed.

    b.   Foster parents will receive a minimum of 60 hours of pre-service training and 12 hours in-service training annually. Training will include Orientation, CPR/First Aid, Therapeutic crisis intervention and foster parent training.

2.   **Caseloads**

    The average caseload will be eight children per social worker (except as provided in WIC 19358.30(1)(b).

3.   **Therapy**

    Therapists, (licensed or license eligible, staff or consultants), shall provide therapy, to the child, biological parents and foster parents as determined by the treatment team at the initial staffing with the County. Periodic reviews will be conducted to reassess the situation.

4.   **Support Counselor**

    a.   A trained support counselor with experience in residential treatment and training or experience in home base services will be assigned to each certified family

        The support counselor will have one of the following:

        i.   A Bachelor's degree in social science related field and at least six months experience working with emotionally disturbed children in a residential setting.

        ii.   An Associate degree in a social science related field and at least one-year experience working with emotionally disturbed children in a residential setting.

1

     b.      Support counselors will be provided with 60 hours of training using the same schedule as foster parents, and additional training in home-based services. Each support counselor shall perform all of the following:

           i.      Provide services to the child and foster family.

           ii.     Arrange for coordination services with a local educational agency and/or the non-public school, where applicable.

**5.     Social Work Emergency Response**

24-hour/seven days a week, on-call social worker will be available to respond to emergency situations via an on-call system. The social worker will determine by individual assessment if there is a need for an emergency in-person response. (An established protocol will be used to assess the need for an in-person response.)

**6.     On-Call Psychiatrist**

Contractor shall retain the services of an on-call psychiatrist to respond to emergencies.

**7.     Treatment Plan**

The treatment plan will be developed as follows:

     a.      A pre-placement staffing by County and Contractor will assess the child/family's needs prior to placement.

     b.      Within one month of placement, the treatment plan will be developed by some or all of the following:

- County Staff
- Contractor Staff
- Foster Family
- Biological Family
- School Staff
- Child
- Prior Placement Personnel
- Other Professionals

     c.      The treatment plan will be approved by the County, Contractor, the child's family and the child. The treatment plan will be reviewed initially within one month and thereafter every 90 days.

     d.      The treatment plan will include:

- Long term goals, objectives, strategies, timelines to accomplish the objectives, the person responsible for carrying out the strategies, and the indicators of success
- The child's need for therapy
- Behavior modification and monitoring
- Respite services
- Family therapy and other services needed to return the child home
- Educational liaison services as needed to maintain the child in the classroom

## 8. Recruitment and Training Support Counselors

Recruitment and training for support counselors will be provided by Contractor staff and administrators. Supervision is provided by associates with management knowledge and expertise.

## 9. Case File

The case file shall serve as the tool to document the delivery of treatment services. Progress will be summarized on a quarterly and annual basis and Contractor will be required to submit this documentation to Tulare County. The cost of each type of service will be documented and analyzed by the fiscal department.

## 10. Policies and Procedures

Contractor shall maintain written policies and procedures to ensure the safety of the child and address how crisis behaviors will be handled. Written policies and procedures shall include, but is not limited to, how the following areas will be addressed:

- Assessment of high risk behaviors
- 24-hour on-call emergency response system training, incident reporting
- Emergency restraining procedures
- Regular visits by social workers
- In-home support and behavior modification planning
- Suicide attempts
- Sexually acting out behavior
- Run-away behavior
- Violent and assaultive behaviors

Written procedures will be implemented on treatment plan development, review and modification facilitated by Contractor social worker with approval by placement social worker, foster parent, biological parents, and child.

3

Modifications may also be made anytime during placement with approval by the placing worker.

**11.  Foster Parent Recruitment/Training**

Recruitment of foster families by Contractor shall include outreach to churches, community groups and events, media announcements and notification to County departments. Agency staff will assist in the preparation of brochures and advertisements.

Contractor shall select their foster parents through a process of inquiry, telephone screening, orientation, fingerprinting, child abuse index, pre-services training, and home study. Contractor will conduct weekly orientation meetings and regular training sessions.

Contractor shall provide foster parents training during evenings and Saturdays. Training and curriculum shall include:

a.  Pre-certification training
b.  Behavioral modification
c.  Crisis prevention and intervention
d.  Individualized pre-placement training
e.  CPR/First Aid
f.  Home study training
g.  Training of differential needs of treatment for each child

**12.  Respite Families/Training**

Contractor shall consider the development of respite families for providing relief services, along with training as an ongoing process. Respite care services shall be provided on an "as needed" basis.

**13.  Qualifications – Social Workers**

Social Workers are required to have a Master's degree in combination with at least one-year experience working with seriously emotionally disturbed children.

**14.  Staff Consultants**

Staff consultants employed by Contractor for this program will include social work staff, support counselor staff, psychiatrist, psychologist, program management, behavior analyst, therapist and behavior assistant.

4

**15.    Method of Evaluation**

Contractor shall evaluate the Intensive Treatment Foster Care (hereinafter referred to as ITFC) program by collecting the following information:

a.    Number of children in placement
b.    Outcomes for children including:
      i.    Percentage of children returned to a more intensive program
      ii.    Percentage of children hospitalized
      iii.    Percentage of children discharged to their own home
      iv.    Percentage of children discharged to a less restrictive placement
      v.    Percentage of children continuing in placement

c.    Services provided to children and families, including:

      i.    Number of in-home support counselor hours per child
      ii.    Number of psychiatric hours per child
      iii.    Number of emergency social work hours per child
      iv.    Number of families receiving family therapy services, including number of families receiving service on a weekly basis

The required information shall be compiled and submitted to the County on a quarterly basis.

**16.    Client Satisfaction Survey**

A client satisfaction survey form is to be completed by the placing county social workers. The survey results will be reported to the host county and will include:

a.    Quality of services provided

      i.    Progress toward treatment goals
      ii.    Satisfaction with services provided

## FFA RESPONSIBILITY: ADMINISTRATION/PERSONNEL
## MISCELLANEOUS SERVICES

1. A 24-hour on call administrator available to respond to emergency situations.
   WIC18358.10(e)

2. Effective 24 hour a day, seven days a week social work emergency response services, including criteria for the definition of the time frame for in-person response.
   WIC18358.2005(b)(2)(B)

3. Education and mental health services        WIC18358.15(a)(2)

4. Therapeutic after-school program        WIC18358.15(a)(2)

5. In-home and support services necessary to implement the case plan    WIC18358.15(a)(4)

6. Provision of respite care services and frequency of respite care    WIC18358.20(I)

7. Other necessary services including medical and dental services    WIC18358.15(a)(5)

8. Therapists to provide therapy to the child, biological family, and foster parents
   WIC18358.10(c)

9. Psychiatric coverage available as needed for psychiatric emergencies    WIC18358.10(c)

10. Other staff or contract services to be utilized in service delivery, the tasks and responsibilities of those individuals, and the training they will receive    WIC18358.20(k)

11. Perform activities necessary for the administration of the programs, including, but not limited to training, recruitment, certification and monitoring of the foster parents
    WIC18358.30(b)

12. Written policies and procedures on how the program will be structured to ensure the safety of the child, how suicide attempts, runaways, sexual acting out, violent and assaultive behavior will be handled, and what will occur to reduce or eliminate future episodes    WIC18358.20(f)

13. System of record keeping that documents the delivery of treatment services to each child. Documentation must be summarized and submitted to the county on a monthly basis. In addition FFA must report the type and cost of services delivered    WIC18358.20(e)

14. Written policies and procedures for reporting any use of physical contact to manage the behavior of a child to Community Care Licensing as a special incident pursuant to 80061 of Title 22 of the California Code of Regulation. (A copy of this report shall also be sent to the Tulare County Department of Social Services.)

6

15. Evaluation component that includes quarterly reporting to California Dept of Social Services, (hereinafter referred to as CDSS), by age group, of:

    A. Number of children placed in ITFC

    B. Outcomes for children referred to the program including percentage

- Returned to a more intensive program
- Hospitalized
- Discharged to their own home
- Continuing in placement

    C. Services provided to children and families, including the number of:

- In-home support counselor hours per child
- Psychiatrist hours per child
- Families receiving family therapy services and number of families receiving the service on a weekly basis         WIC18358(I)

16. Plan for annual survey of placing counties to ascertain and report to CDSS on:

- Quality of services provided
- Progress toward treatment goals
- Satisfaction with services provided         WIC18358.20(m)

17. Enter into contract or memorandum of understanding with the county and provide all listed services         WIC18358.10

18. CDSS, the placing county, or both, may review the level of services provided. If the actual level of services is less than the scheduled level, the rate will be adjusted to reflect the actual level of service and an overpayment may be established/recovered by CDSS.

19. FFA must get host county approval for placements from other counties         WIC18358.05(D)(3)

20. FFA cannot (under any circumstances) have any interest in the properties occupied by the foster parents.

21. Development of a treatment plan approved by the placing county for each child within one month of placement that addresses all of the following:

    A. The child's need for therapy
    B. Behavior modification services
    C. Support counselor services
    D. Psychotropic medication and monitoring
    E. Respite services
    F. Family therapy and other services needed to return the child home

G.    Education liaison services as needed to maintain the child in the classroom

WIC18358.15(a)(1)

22.    Individualized needs and services plans that ensure continuity and stability in certified family homes that meet the needs of children making the transition from institutional placement to non-institutional placement.    WIC18358.15(a)(1)

23.    The needs and services plan for each child shall describe the specific needs of the child and the appropriate level of services to be provided per WIC§18358.30.

WIC18358.15(a)(1)

24.    The child's needs and services plan must ensure that services meet the child's needs and are appropriate to and consistent with the minimum level of service specified in WIC§18358.30. The child's individual needs and service plan must be reviewed and approved by the certified foster parents.    WIC18358.15(a)(1)

25.    Written procedures on frequency of treatment plan review, modifications of treatment plans, and the role of foster family and child's parents in development of the plan.

WIC18358.20(g)

26.    To the extent possible, foster parents should have a background in special education, psychological counseling, nursing, or child development.    WIC18358.25(b)

27.    Special attention to the selection and training of foster parents [§18358.10(a)(1)]. And process for recruitment, selection and training of foster parents, including respite foster parents. The training curriculum must include, at a minimum:

A.    Alternate forms of discipline
B.    Child growth and development
C.    Behavior management techniques
D.    Differential needs and treatment of children
E.    Crisis prevention and intervention    WIC18358.20(h)

28.    Foster parents must have at least 60 hours of training in the care of emotionally disturbed children and 12 hours of on-going in-service training per year. Training must include, but not be limited to:

A.    Working with abused and neglected children
B.    Progressive crisis intervention
C.    Cardiopulmonary resuscitation

All training must be completed prior to the child's placement in the home. In two-parent homes, placement may be made after one parent has completed 60 hours of training, provided the second parent has completed 40 hours of training and completes an additional 20 hours within the first six months of placement.    WIC18358(a)(2)

29. Foster parents must ensure the well being of children by (at a minimum):

   A. Participating in initial and ongoing in-service training an demonstrating an understanding of the ability to meet the needs of emotionally disturbed children.
   B. Participating in the implementation of the individual case plan and needs, and in the development and implementation of the services plan for the child.
   C. Ensuring the child's medical and dental needs are met.       WIC§18358.25(a)

30. Foster parents must have their own home (rent, lease or own). And their home must be within reasonably close proximity to the FFA officer (main or satellite).
                                                                    WIC§18358.25(c)

31.. Foster parents must report to the FFA any special incident per §80051 of Title 22 of the CCR. Additionally, any use of physical contact to manage the behavior of a child shall be reported as a special incident.                              WIC18358.25(d)

32. Foster parents must be provided with all necessary support services.   WIC18358.30(b)

33. Foster parents must be paid $1,200.00 per child per month.       WIC18358.30(b)

34. No more than one child placed in a family home unless the FFA provides the CWD with a written assessment of the risk and compatibility of placing two children together. More than two siblings may be placed together in the same foster home if the placement is approved by the Interagency Review Teams of the placing county and participating county.
   Two Parent Home: no more than five children
   One Parent Home: no more than three children

   EXCEPT: children, 15 or older, in the home other than those placed in ITFC
                                                                    WIC18358.15(b)

35. Social work staffing patterns. Social workers must have a master's degree consistent with Health and Safety Code 1506(e) and at least one year of experience working with seriously emotionally disturbed children.                          WIC18358.20(j)

36. The average caseloads for social worker case managers shall not exceed eight (8) children in Levels A-D; and twelve (12) children in Level E.
                                                     WIC18358.10(b) and §18358.30(b)(1)

37. Provide a system for recruiting, training and supervising qualified in-home support counselors.                                                    WIC18358.20(d)

38.    The support counselor must have one of the following:

- A bachelor's degree in social science related field and at least one year's experience in working with emotionally disturbed children in institutional settings.
- An associate degree in social science related field and have at least one year's experience in working with emotionally disturbed children in institutional settings.
- Each participating foster family agency shall provide each child/youth counselor with 60 hours of training to include, but not be limited to, working with abused and neglected children, progressive crisis intervention, cardiopulmonary resuscitation, and developing treatment plans for emotionally disturbed children. All training shall be completed prior to placing a child in a certified family home for which the child/youth counselor is assigned responsibility.                WIC18358.10(1)

39.    Each support counselor must do all of the following:

A.    Provide support services to the child and the foster family. This service must include, but not be limited to:

- Structuring a safe environment for the child
- Collateral Contracts
- Any administrative or training functions necessary to implement the child's needs and services plan

B.    Arrange for coordination services with local education agencies and the services provider's nonpublic school, where applicable.        WIC18358.10(3)(A)(B)

40.    Support counselor must provide a minimum average range of service per month depending on the child's needs in accordance with the following schedule:

| Level | In-home Support Counselor |
|---|---|
| A | 98-114 hours/month |
| B | 81-97 hours/month |
| C | 64-80 hours/month |
| D | 47-63 hours/month |
| E | As needed* |

For children at Level E, the in-home support counselor will provide crisis intervention and other support services, as needed. The FFA must provide one full-time in-home support counselor for every 20 children placed at level E.        WIC18358.30(b)(4)

10

**Exhibit "A-1"**
**Responsibility Of County**

Tulare County Health and Human Services Agency will:

A.   Determine the appropriateness of children for the Intensive Treatment Foster Care (ITFC) program/services. All children placed in the program will either have a completed level of care assessment indicating a need for services greater than regular foster care or have their placement reviewed by the County Interagency Review Team.

B.   Enter into a contract or Memorandum of Understanding with the selected Foster Family Agency on an annual basis.

C.   Provide routine case management services to children receiving ITFC services.

D.   Monitor Contractor for compliance with WIC 18358.10(A)(2)

E.   Monitor the implementation of the case plan for the child.

F.   Require Contractor to submit quarterly documentation which highlights to following:

1.   Number of children who meet with their therapist
2.   Number of family therapy sessions
3.   Education liaison activities
4.   Number of new foster parents recruited
5.   Number and types of training provided to Foster Parents and other support/counseling activities.

G.   On a quarterly basis, Tulare County Health and Human Service Agency will monitor Contractor in the following areas:

- Does Contractor have the required personnel, administrative support, financial services and resources to continue successfully participating in the ITFC program?

- Have the Foster Parents retained by Contractor received the level of training defined in WIC18358.10(a)(2)?

- Are supportive services provided to foster parents and the foster child?

1

- Do caseloads for participating social work case managers average eight children, except as provided in WIC section 18358.30(b)(1)?

- Have therapists been retained to provide therapy to the child, biological parents and foster parents?

- Has a trained support counselor been assigned to each certified family home?

- Does program staff meet the minimum qualifications?

- Have support counselors received 60 hours of training?

- Are supportive services provided to the foster child and the foster family?

- Does the agency have a 24-hour on-call administrator?

- Is psychiatric coverage available?

- Is a treatment plan developed for each child?

- Is family therapy provided?

- Are educational liaison services available and provided?

- Does Contractor Maintain written policies and procedures?

- Does Contractor have a written process for the recruitment, selection and training of foster parents?

H.   To ensure that Tulare County and Contractor meet all requirements outlined in WIC18358.10(A)(2), Exhibit "A-2" will be used as a monitoring tool.

I.   Make quarterly face-to-face contact with the child by the County's social worker to monitor the quality of care and safety of the child.

J.   Determine the quality of services provided, progress toward treatment goals, and client satisfaction throughout the use of a client satisfaction survey developed by Contractor. The results of this survey will be reported to the County annually.

2

K.   Upon receipt of this report, the County will determine if corrective action is required.

L.    If corrective action is required, the County will work with Contractor in the development of a plan to improve services and client satisfaction.
1. Attachment "A" will be used as County's monitoring tool.

## I.    FISCAL PROVISIONS

The Tulare County Health and Humans Service Agency will authorize the rate levels pursuant to WIC 18358.30.

It is the intent of the Legislature that the rate paid to the Foster Family agency as child's need for service form the FFA decrease.  Contractor shall notify Tulare County and the California Department of Social Services of the reduced services and pilot classification model, and the rate shall be reduced accordingly.

Exhibit "A-2"

## TULARE COUNTY
## HEALTH AND HUMAN SERVICES AGENCY

## MONITORING OF INTENSIVE TREATMENT FOSTER CARE PROGRAM

COUNTY RESPONSIBILITY

1. Identify the population of children to be served (and provide estimated annual population) within County.
> * No more than 20% will be children assessed by the county Interagency Review Team as at imminent risk of psychiatric hospitalization or placement in a group home with a rate classification level of 12 or higher.
> §18358.05(b)(2)(A)

2. Certify that FFA meets the ITFC program requirements, including maintaining adequate personnel, administrative support, financial services, and other resources necessary to successfully participate in the program.         §18358.05(b)(2)(B)

3. Project savings or cost neutrality to the state General Fund.  §18358.05(b)(2)(C)

4. Provide plan (including time frames) for monitoring compliance with ITFC requirements.                    §18358.0S(b)(2)(D)

5. Enter into an annual contract or memoranda of understanding with ITFC FFA.
§18358.05(b)(2)(D)

6. Certify that a contract or memoranda of understanding has been executed and specify   the term of that agreement.

7. Determine the placement of eligible children. Children placed must have either a completed level of care assessment indicating a need for services greater than regular foster care or have their placement reviewed by the Interagency Review Team.
§18358.23(a)

8. Provide routine case management services.          §18358.12(c)

9. Monitor implementation of the child's case plan.          §18358.12(d)

Baz:H:\2007 CONTRACTS\FOSTER FAMILY AGENCIES\ExhibitA-2.doc

**EXHIBIT B**

COMPENSATION

The Service/Rate level will be determined by a pre-placement staffing between the County and Contractor. The rates are as follows:

| Service Level | A | B | C | D | E |
|---|---|---|---|---|---|
| Rate | $4,476.00 | $4,105.00 | 3,721.00 | 3,359.00 | 2,985.00 |

**The maximum compensation allowed under this agreement is not to exceed ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for fiscal year 2007/2008.**

Baz: H:\2007 CONTRACTS\FOSTERBUILDERS\EXHIBIT B.doc

## Exhibit "C"
## INSURANCE REQUIREMENTS

*CONTRACTOR shall provide and maintain insurance for the duration of this Agreement against claims for injuries to persons and damage to property, which may arise from, or in connection with, performance under the Agreement by the CONTRACTOR, his agents, representatives, employees or subcontractors, if applicable.*

A.   Minimum Scope & Limits of Insurance

    1.   Coverage at least as broad as Commercial General Liability Insurance of $1,000,000 combined single limit per occurrence. If the annual aggregate applies it must be no less then $2,000,000.

    2.   Comprehensive Automobile Liability Insurance (if applicable) of $1,000,000 per occurrence.

    3.   Workers' Compensation and Employer's Liability Insurance as required by law.

    4.   Professional Errors and Omissions Insurance of $1,000,000.

B.   Specific Provisions of the Certificate

    1.   The Certificate of Insurance for General Liability, Comprehensive Automobile Liability Insurance and Professional Errors and Omissions Insurance have to meet the following requirements:

        *a.   Name the COUNTY, Its officers, agents, employees and volunteers, individually and collectively, as additional insureds.*

        *b.   State that such Insurance for additional insureds shall apply as primary insurance and any other insurance maintained by COUNTY shall be excess.*

        *c.   Provide that coverage shall not be suspended, voided, canceled, reduced In coverage, or otherwise materially changed except after thirty (30) days prior written notice by certified mail, return receipt requested, has been given to the County.*

    2.   The Certificate of Insurance for Workers Compensation, should include the following:

        a.   *Waiver of Subrogation. Contractor waives all rights against the County and its agents, officers, and employees for recovery of damages to the extent these damages are covered by the workers compensation and employers liability.*

C.   Deductibles and Self-Insured Retentions
The COUNTY Risk Manager must approve any deductible or self-insured retention that exceeds $100,000.

D.   Acceptability of Insurance
Insurance must be placed with insurers with a current rating given by A.M. Best and Company of no less than A (-) from a company admitted to do business in California, any waiver of these standards are subject to approval by the County Risk Manager or County Risk Manager's designee.

E.   Verification of Coverage
Prior to approval of this Agreement by the COUNTY, the CONTRACTOR shall file with the submitting department, certificates of insurance with original endorsements effecting coverage in a form acceptable to the COUNTY. The COUNTY reserves the right to require certified copies of all required insurance policies at any time.

**ACORD**™  **CERTIFICATE OF LIABILITY INSURANCE**

DATE (MM/DD/YYYY): 09/19/2007

PRODUCER   Phone: (360)697-3611 Fax: (360)697-3688
NATIONAL INSURANCE PROFESSIONALS CORP
A DIVISION OF RISK PLACEMENT SERVICES, INC.
1040 NE HOSTMARK ST #200 / PO BOX 834
POULSBO WA 98370-0834

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURERS AFFORDING COVERAGE** — NAIC #

INSURED
FAMILY BUILDERS FOSTER CARE, INC.
113 NORTH CHURCH STREET #319
VISALIA CA 93291

| | |
|---|---|
| INSURER A: | DIAMOND STATE INSURANCE COMPANY |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

**COVERAGES**

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | GENERAL LIABILITY [X] COMMERCIAL GENERAL LIABILITY [X] CLAIMS MADE [ ] OCCUR | AGA0002049 | 09/06/07 | 09/06/08 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $100,000 |
| | | | | | | MED. EXP (Any one person) | Not Included |
| | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | | GENERAL AGGREGATE | $3,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: [X] POLICY [ ] PRO-JECT [ ] LOC | | | | PRODUCTS-COMP/OP AGG. | $3,000,000 |
| A | | AUTOMOBILE LIABILITY [ ] ANY AUTO [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS [X] HIRED AUTOS [X] NON-OWNED AUTOS | AGA0002049 | 09/06/07 | 09/06/08 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | BODILY INJURY (Per person) | Not Included |
| | | | | | | BODILY INJURY (Per accident) | Not Included |
| | | | | | | PROPERTY DAMAGE (Per accident) | Not Included |
| | | GARAGE LIABILITY [ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | Not Included |
| | | | | | | OTHER THAN EA ACC / AUTO ONLY: AGG | Not Included / Not Included |
| | | EXCESS / UMBRELLA LIABILITY [ ] OCCUR [ ] CLAIMS MADE [ ] DEDUCTIBLE [ ] RETENTION $ | | | | EACH OCCURRENCE | Not Included |
| | | | | | | AGGREGATE | Not Included |
| | | | | | | | Not Included |
| | | | | | | | Not Included |
| | | | | | | | Not Included |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | | | | [ ] WC STATU-TORY LIMITS [ ] OTHER | |
| | | | | | | E.L. EACH ACCIDENT | Not Included |
| | | | | | | E.L. DISEASE-EA EMPLOYEE | Not Included |
| | | | | | | E.L. DISEASE-POLICY LIMIT | Not Included |
| A | | OTHER: PROFESSIONAL LIABILITY | AGA0002049 | 09/06/07 | 09/06/08 | $1,000,000 EACH CLAIM $3,000,000 AGGREGATE | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/ SPECIAL PROVISIONS
CERTIFICATE HOLDER IS NAMED AS ADDITIONAL INSURED UNDER THE ABOVE POLICY BUT ONLY AS THEIR INTERESTS MAY APPEAR AND ONLY WITH RESPECT TO THE OPERATIONS OF THE NAMED INSURED, PER FORMS EPA-1084(10/05) AND SL-12(02/97).

**CERTIFICATE HOLDER**
TULARE HEALTH & HUMAN SERVICES AGENCY CONTRACT UNIT
5957 SOUTH MOONEY BLVD
VISALIA CA 93277
Attention:

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE
*Barry C. Clipsham*

ACORD 25 (2001/08)   Certificate # 50259   © ACORD CORPORATION 1988

# IMPORTANT

If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

# DISCLAIMER

The Certificate of Insurance on the reverse side of this form does not constitute a contract between the issuing insurer(s), authorized representative or producer, and the certificate holder, nor does it affirmatively or negatively amend, extend or alter the coverage afforded by the policies listed thereon.

CERTHOLDER COPY                                                NE


**STATE**
COMPENSATION
INSURANCE
**FUND**

P.O. BOX 420807, SAN FRANCISCO, CA 94142−0807

**CERTIFICATE OF WORKERS' COMPENSATION INSURANCE**

**ISSUE DATE: 09-01-2007**

| | |
|---|---|
| GROUP: | **000562** |
| POLICY NUMBER: | **0001263-2007** |
| CERTIFICATE ID: | **1** |
| CERTIFICATE EXPIRES: | **09-01-2008** |
| | **09-01-2007/09-01-2008** |

**TULARE COUNTY HEALTH & HUMAN SERVICES          NE
CONTRACT UNIT
5957 S MOONEY BLVD
VISALIA CA 93277-9394**

This is to certify that we have issued a valid Workers' Compensation insurance policy in a form approved by the
California Insurance Commissioner to the employer named below for the policy period indicated.

This policy is not subject to cancellation by the Fund except upon 10 days advance written notice to the employer.

We will also give you 10 days advance notice should this policy be cancelled prior to its normal expiration.

This certificate of insurance is not an insurance policy and does not amend, extend or alter the coverage afforded
by the policy listed herein. Notwithstanding any requirement, term or condition of any contract or other document
with respect to which this certificate of insurance may be issued or to which it may pertain, the insurance
afforded by the policy described herein is subject to all the terms, exclusions, and conditions, of such policy.

*James Neary*                          *SEMulligan*

AUTHORIZED REPRESENTATIVE                        PRESIDENT

**EMPLOYER'S LIABILITY LIMIT INCLUDING DEFENSE COSTS:  $1,000,000 PER OCCURRENCE.**

EMPLOYER

**FAMILY BUILDERS FOSTER CARE INC (A NON-PROFIT
PUBLIC BENEFIT CORPORATION)
113 N CHURCH ST STE 319
VISALIA CA 93291**

M0408

(REV.2-05)                              **PRINTED : 08-17-2007**

**Exhibit "D"**
**HIPAA REQUIREMENT**

The Health insurance Portability and Accountability Act of 1996 (HIPAA)

A. Definitions: Terms used, but not otherwise defined, in this Agreement shall have the same meaning as those terms in the Privacy Rule.
  1. *Business Associate.* "Business Associate" shall mean CONTRACTOR.
  2. *Covered Entity.* "Covered Entity" shall mean COUNTY.
  3. *Individual.* "Individual" shall have the same meaning as the term "individual" in 45 CFR 164.501 and shall include a person who qualifies as a personal representative in accordance with 45 CFR 164.502(g).
  4. *Privacy Rule.* "Privacy Rule" shall mean the Standards for Privacy of Individually Identifiable Health Information at 45 CFR part 160 and part 164, subparts A and E.
  5. *Protected Health Information.* "Protected Health Information" shall have the same meaning as the term "protected health information" in 45 CFR 164.501, limited to the information created or received by Business Associate from or on behalf of Covered Entity.
  6. *Required By Law.* "Required By Law" shall have the same meaning as the term "required by law" in 45 CFR 164.501.
  7. *Secretary.* "Secretary" shall mean the Secretary of the Department of Health and Human Services or his designee.

B. Obligations and Activities of CONTRACTOR
  1. CONTRACTOR agrees to not use or disclose Protected Health Information other than as permitted or required by the Agreement or as Required By Law.
  2. CONTRACTOR agrees to use appropriate safeguards to prevent use or disclosure of the Protected Health Information other than as provided for by this Agreement.
  3. CONTRACTOR agrees to mitigate, to the extent practicable, any harmful effect that is known to CONTRACTOR of a use or disclosure of Protected Health Information by CONTRACTOR in violation of the requirements of this Agreement.
  4. CONTRACTOR agrees to report to COUNTY any use or disclosure of the Protected Health Information not provided for by this Agreement of which it becomes aware.
  5. CONTRACTOR agrees to ensure that any agent, including a subcontractor, to whom it provides Protected Health Information received from, or created or received by CONTRACTOR on behalf of COUNTY agrees to the same restrictions and conditions that apply through this Agreement to CONTRACTOR with respect to such information. CONTRACTOR agrees to provide access, at the request of COUNTY, and in the time and manner requested by COUNTY, to Protected Health Information in a Designated Record Set, to COUNTY or, as directed by COUNTY, to an Individual in order to meet the requirements under 45 CFR 164.524

6. CONTRATOR agrees to make any amendment(s) to Protected Health Information in a Designated Record Set that the COUNTY directs or agrees to pursuant to 45 CFR 164.526 at the request of COUNTY or an Individual, and in the time and manner requested by COUNTY

7. CONTRACTOR agrees to make internal practices, books, and records, including policies and procedures and Protected Health Information, relating to the use and disclosure of Protected Health Information received from, or created or received by CONTRACTOR on behalf of, COUNTY to the COUNTY, in a time and manner requested by COUNTY for purposes of determining CONTRACTOR'S and/or COUNTY'S compliance with the Privacy Rule.

8. CONTRACTOR agrees to document such disclosures of Protected Health Information and information related to such disclosures as would be required for COUNTY to respond to a request by an Individual for an accounting of disclosures of Protected Health Information in accordance with 45 CFR 164.528

9. CONTRACTOR shall provide to COUNTY or an individual, in time and manner designated by COUNTY, information collected in accordance with Title 45, CFR, Section 164.528, to permit the Department to respond to a request by the individual for an accounting of disclosures of PHI in accordance with Title 45, CFR, Section 164.528

C. General Use and Disclosure Provisions:  Except as otherwise limited in this Agreement, Business Associate may use or disclose Protected Health Information on behalf of, or to provide services to, COUNTY, if such use or disclosure of Protected Health Information would not violate the Privacy Rule if done by COUNTY or the minimum necessary policies and procedures of the COUNTY.

D. Specific Use and Disclosure
1. Except as otherwise limited in this Agreement, CONTRACTOR may use Protected Health Information for the proper management and administration of the CONTRACTOR or to carry out the legal responsibilities of the CONTRACTOR.

2. Except as otherwise limited in this Agreement, CONTRACTOR may disclose Protected Health Information for the proper management and administration of the CONTRACTOR, provided that disclosures are Required By Law, or CONTRACTOR obtains reasonable assurances from the person to whom the information is disclosed that it will remain confidential and used or further disclosed only as Required By Law or for the purpose for which it was disclosed to the person, and the person notifies the CONTRACTOR of any instances of which it is aware in which the confidentiality of the information has been breached.

3. Except as otherwise limited in this Agreement, CONTRACTOR may use Protected Health Information to provide Data Aggregation services to COUNTY as permitted by 42 CFR 164.504(e)(2)(i)(B)

4.  CONTRACTOR may used Protected Health Information to report violations of law to appropriate Federal and State authorities consistent with § 164.502(j)(1)

E.  Obligations of COUNTY
1.  COUNTY shall notify CONTRACTOR of any limitation(s) in its notice of privacy practices of COUNTY in accordance with 45 CFR 164.520, to the extent that such limitation may affect CONTRACTOR'S use or disclosure of Protected Health Information.
2.  COUNTY shall notify CONTRACTOR of any changes in, or revocation of, permission by Individual to use or disclose Protected Health Information, to the extent that such changes may affect CONTRACTOR'S use or disclosure of Protected Health Information
3.  COUNTY shall notify CONTRACTOR of any restrictions to the use or disclosure of Protected Health Information that COUNTY has agreed to in accordance with 45 CFR 164.522, to the extent that such restriction may affect CONTRACTOR'S use or disclosure of Protected Health Information.

F.  Permissible Requests by COUNTY: Except as otherwise provided herein, COUNTY shall not request CONTRACTOR to use or disclose Protected Health Information in any manner that would not be permissible under the Privacy Rule if done by COUNTY

G.  Miscellaneous

1.  *Regulatory References.*    A reference in this Agreement to a section in the Privacy Rule means the section as in effect or as amended.
2.  *Amendment.*        The Parties agree to take such action as is necessary to amend this Agreement from time to time as is necessary for COUNTY to comply with the requirements of the Privacy Rule and the Health Insurance Portability and Accountability Act of 1996, Pub L. No. 104-191.
3.  *Survival.*    The respective rights and obligations of CONTRACTOR under this Exhibit shall survive the termination of this Agreement.
4.  *Interpretation.*        Any ambiguity in this Agreement shall be resolved to permit COUNTY to comply with the Privacy Rule.

AMENDMENT TO AGREEMENT NO. 23329

# BEFORE THE BOARD OF SUPERVISORS
# COUNTY OF TULARE, STATE OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | ) |
| Approval of amendment to Agreement | ) RESOLUTION NO. 2008-0357 |
| No. 23329 with Family Builders Foster | ) AGREEMENT NO. 23329-A |
| Care, Inc. | ) |

UPON MOTION OF <u>SUPERVISOR ISHIDA</u>, SECONDED BY <u>SUPERVISOR WORTHLEY</u>, THE FOLLOWING WAS ADOPTED BY THE BOARD OF SUPERVISORS, AT AN OFFICIAL MEETING HELD <u>JUNE 3, 2008</u>, BY THE FOLLOWING VOTE:

| | |
|---|---|
| AYES: | SUPERVISORS ISHIDA, CONWAY, COX, WORTHLEY AND ENNIS |
| NOES: | NONE |
| ABSTAIN: | NONE |
| ABSENT: | NONE |



ATTEST:   JEAN ROUSSEAU
COUNTY ADMINISTRATIVE OFFICER
CLERK, BOARD OF SUPERVISORS

BY: _____
Deputy Clerk

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

1. Approved an amendment to Agreement No. 23329 with Family Builders Foster Care, Inc. to extend the term of the agreement to June 30, 2009, to provide Intensive Foster Care Services.

2. Authorized the Chairman of the Board to sign three (3) copies of the amendment.

HHSA
Co. Counsel
Auditor

DAY
6/3/08

## FIRST AMENDMENT TO AGREEMENT

Tulare County Agreement Number 23329 is amended on __June 3, 2008__, between the **COUNTY OF TULARE**, hereinafter referred to as "COUNTY" and FAMILY BUILDERS FOSTER CARE, INC., hereinafter referred to as 'CONTRACTOR" with reference to the following:

   A.  The COUNTY and CONTRACTOR entered Agreement No. 23329 for the purpose of providing services to reduce the length of residential and/or psychiatric hospital treatment and wished to successfully transition and maintain children in family environments in providing Intensive Foster Care (ITFC) services.
   B.  The COUNTY and CONTRACTOR agree to amend Agreement No. 23329 to extend the termination of Agreement to June 30, 2009 and update Exhibit "B" entitled Compensation.
   C.  This amendment shall become effective July 1, 2008.

### ACCORDINGLY, IT IS AGREED:

   I.      Effective July 1, 2008 paragraph 1 entitled Term in the original Agreement is hereby revised to identify the new termination date of June 30, 2009.
   II.     Effective July 1, 2008 Exhibit "B" entitled Compensation is substituted in its entirety with the attached Exhibit "B," which Exhibit is made a part of this Agreement by reference.
   III.    Except as provided above, all other terms and conditions of Agreement No. 23329 shall remain in full force and effect.
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///



1    TULARE COUNTY AGREEMENT NO. 23329-A

**THE PARTIES,** having read and considered the above provisions, indicate their agreement by their authorized signatures below.

COUNTY OF TULARE

By _____
Chairman, Board Of Supervisors

**ATTEST:** JEAN ROUSSEAU
County Administrative Officer/Clerk of the Board
Of Supervisors of the County Of Tulare

By _____
Deputy Clerk

FAMILY BUILDERS FOSTER CARE, INC

Date: 4-28-08

By _____
Title President

Date: 4.38-05

By _____
Title Executive Director

Corporations Code section 313 requires that contracts with a corporation shall be signed by the (1) chairman of the Board, the president or any vice-president and (2) the secretary, any assistant, the chief financial officer, or any assistant treasurer; unless the contract is also accompanied by a certified copy of the Board of Directors resolution authorizing the execution of the contract.

Approved as to Form
County Counsel

By _____
Deputy 2008858

Dated 4-15-08

Baz:H:\2008CONTRACTS\Family Builders\1st Amendment.doc



2

**EXHIBIT B**

COMPENSATION

The Service/Rate level will be determined by a pre-placement staffing between the County and Contractor. In All County Letter. 08-01 the Intensive Treatment Foster Care Program rates are set. The following chart provides these rates:

**Schedule of Service and Rate Levels for FFA Intensive Treatment Foster Care Programs**

| Service Level | A | B | C | D | E |
|---|---|---|---|---|---|
| Rate | $4,476.00 | $4,105.00 | 3,721.00 | 3,359.00 | 2,985.00 |

1