KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
Teresa M. Saucedo, #093121
Chief Deputy County Counsel
Judy Chapman, # 169479
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Phone: (559) 636-4950
Fax: (559) 737-4319
E-mail: jchapman@co.tulare.ca.us

Attorneys for Yadira Portillo, Courtney Wampler,
and CWA Felix

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE, et al.<br><br>　　　　Defendants. | **CASE NO. 1:09-CV-02204-LJO-DLB**<br><br>STIPULATION OF THE PARTIES TO CONTINUE SETTLEMENT CONFERENCE; AND ORDER |

The parties agree that the settlement conference presently set for December 14, 2011, is premature as the parties need further time to conduct discovery and assess dispositive motions. The parties request a continuance of the settlement conference for 60 days to February 15, 2012, at 09:00 AM in Courtroom 9 before Magistrate Judge Dennis L. Beck, or a date that is convenient for the court.

Dated: November 29, 2011　　　　　　　　　　RODRIGUEZ & ASSOCIATES
(Authorized via electronic mail)


　　　　　　　　　　　　　　　　　　　　　By /s/ J. MIGUEL FLORES
　　　　　　　　　　　　　　　　　　　　　　　J. MIGUEL FLORES
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

1

Dated:  November 29, 2011                                  KATHLEEN BALES-LANGE
                                                           Tulare County Counsel


                                                           By /s/ JUDY CHAPMAN
                                                              JUDY CHAPMAN,
                                                              Deputy County Counsel


Dated:  December 5, 2011                                   BORTON PETRINI LLP
(Authorized via electronic mail)


                                                           By /s/ JAMES J. BRAZE
                                                              JAMES J. BRAZE, Attorneys for
                                                              Third-Party Defendant, Family
                                                              Builders Foster Care, Inc.

Dated:  November 29, 2011                                  GORDON REES
(Authorized via electronic mail)


                                                           By /s/ GEORGE ACERO
                                                              GEORGE ACERO
                                                              Attorneys for Defendant, Tulare
                                                              Youth Service Bureau, Inc.

Dated:  November 29, 2011                                  WEST & MIYAMOTO
(Authorized via electronic mail)


                                                           By /s/ EUGENE F. WEST
                                                              EUGENE F. WEST
                                                              Attorneys for Cross-Defendant,
                                                              Sandra Ceballos



IT IS SO ORDERED.

   Dated:  **December 6, 2011**                                  /s/ *Dennis L. Beck*
                                                           UNITED STATES MAGISTRATE JUDGE

2