KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
Teresa M. Saucedo, #093121
Chief Deputy County Counsel
Judy Chapman, # 169479
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Phone: (559) 636-4950
Fax: (559) 737-4319
E-mail: jchapman@co.tulare.ca.us

Attorneys for Yadira Portillo, Courtney Wampler,
and CWA Felix

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AE,                              Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE, et al.<br>                              Defendants. | **CASE NO. 1:09-CV-02204-LJO-DLB**<br><br>STIPULATION OF THE PARTIES TO CONTINUE SETTLEMENT CONFERENCE; AND ORDER |

The parties agree that the settlement conference presently set for December 14, 2011, is premature as the parties need further time to conduct discovery and assess dispositive motions.  The parties request a continuance of the settlement conference for 60 days to February 15, 2012, at 09:00 AM in Courtroom 9 before Magistrate Judge Dennis L. Beck, or a date that is convenient for the court.

Dated:  November 29, 2011_____
(Authorized via electronic mail)

RODRIGUEZ & ASSOCIATES

By /s/ J. MIGUEL FLORES_____
   J. MIGUEL FLORES
   Attorneys for Plaintiff

1

1   Dated: ___November 29, 2011___                KATHLEEN BALES-LANGE
2                                                 Tulare County Counsel

3

4                                                 By _/s/ JUDY CHAPMAN_____
                                                      JUDY CHAPMAN,
5                                                     Deputy County Counsel

6   Dated: __December 5, 2011___                  BORTON PETRINI LLP
7   (Authorized via electronic mail)

8

9                                                 By _/s/ JAMES J. BRAZE_____
                                                      JAMES J. BRAZE, Attorneys for
10                                                    Third-Party Defendant, Family
                                                      Builders Foster Care, Inc.
11  Dated: __November 29, 2011___                 GORDON REES
12  (Authorized via electronic mail)

13

14                                                By _/s/ GEORGE ACERO_____
                                                      GEORGE ACERO
15                                                    Attorneys for Defendant, Tulare
                                                      Youth Service Bureau, Inc.
16

17  Dated: __November 29, 2011___                 WEST & MIYAMOTO
18  (Authorized via electronic mail)

19

20                                                By _/s/ EUGENE F. WEST___
                                                      EUGENE F. WEST
21                                                    Attorneys for Cross-Defendant,
                                                      Sandra Ceballos
22

23

24

25  IT IS SO ORDERED.

26      Dated:   __**December 6, 2011**__         _____/s/ Dennis L. Beck_____
27                                                UNITED STATES MAGISTRATE JUDGE

28