1  MARK S. POSARD (SBN: 208790)
   GEORGE A. ACERO  (SBN:  226709)
2  GORDON & REES LLP
   655 University Avenue, Suite 200
3  Sacramento, CA  95825
   Telephone:  (916) 565-2900
4  Facsimile:  (916) 920-4402
   mposard@gordonrees.com
5  gacero@gordonrees.com

6  Attorneys for Defendants TULARE YOUTH SERVICE BUREAU, INC.
   and ADRAIN MARQUEZ
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11

12 AE, a minor, by and through his Guardian ad )  CASE NO.  1:09-CV-02204-LJO-DLB
   Litem, MARIBEL HERNANDEZ,                   )
13                                             )  **ORDER SEALING EXHIBITS B, C, AND**
                       Plaintiff,              )  **D FILED IN SUPPORT OF**
14                                             )  **DEFENDANTS TULARE YOUTH**
          vs.                                  )  **SERVICE BUREAU, INC. AND ADRAIN**
15                                             )  **MARQUEZ' MOTION FOR SUMMARY**
   YADIRA PORTILLO, COURTNEY                   )  **JUDGMENT**
16 WAMPLER, CWA FELIX, HEIDI                   )
   WILLIAMS, ADRIAN MARQUEZ, TULARE )
17 YOUTH SERVICE BUREAU,                       )
   INCORPORATED,  and Does 1 to 100,           )
18 inclusive,                                  )
                                               )  Judge:  Hon. Lawrence J. O'Neill
19                     Defendants.             )
                                               )

20        Defendants Tulare Youth Services Bureau ("TYSB") and Adrain Marquez ("Marquez")

21 will shortly file a motion for summary judgment.  In support of their motion, these Defendants

22 seek to submit documentation, under seal, from the County of Tulare verifying that Marquez

23 reported alleged physical abuse against A.E. to the County of Tulare.  Specifically, Defendants

24 TYSB and Marquez ask the Court to file the following documents under seal (9 pages total):

25        (1)     a confirmation report from the County that Marquez reported physical abuse,

26 dated November 26, 2008 (Exhibit B to the Appendix of Exhibits in support of Defendants'

27 motion for summary judgment);

28
                                               -1-
   **[PROPOSED] ORDER  SEALING EXHIBITS B, C, AND D FILED IN SUPPORT OF DEFENDANTS' REQUEST TO SEAL**
                                          **DOCUMENTS**
                                                          CASE NO. 1:098-CV-02204-LJO-DLB

1     (2)    a string of e-mails from May 2010 in which the County of Tulare confirms that Marquez reported the abuse (which contain A.E.'s full name and age) (Exhibit C to the Appendix of Exhibits in support of Defendants' motion for summary judgment);

    (3)    records produced by the County of Tulare employees in discovery that confirm that Marquez reported the abuse (which contain A.E.'s full name, age and address) (Exhibit D to the Appendix of Exhibits in support of Defendants' motion for summary judgment).

The requesting Defendants maintain it is proper to seal the documents because they have been designated confidential pursuant to various protective orders, because they contain identifying information about a minor, and because they relate to a mandatory report of abuse against a minor which the requesting Defendants contend is deemed confidential under California Penal Code § 11167.5 and California Welfare & Institutions Code § 827. After reviewing the notice and request to seal documents, the parties' protective order, and the documents themselves, the Court grants the request to file the above-identified documents under seal.

The documents shall be filed under seal in perpetuity. Access to the documents shall be permitted to the parties that signed the protective order and their counsel, which are: A.E. (and his guardian ad litem Maribel Hernandez), Yadira Portillo, Courtney Wampler, CWA Felix, and Heidi Williams, Sandra Ceballos, Family Builders Foster Care, TYSB, and Adrain Marquez.

IT IS SO ORDERED.

Dated:   **December 21, 2011**          **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
655 University Avenue, Suite 200
Sacramento, CA 95825