MARK S. POSARD (SBN: 208790)
GEORGE A. ACERO (SBN: 226709)
GORDON & REES LLP
655 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
mposard@gordonrees.com
gacero@gordonrees.com

Attorneys for Defendants TULARE YOUTH SERVICE BUREAU, INC. and ADRAIN MARQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AE, a minor, by and through his Guardian ad Litem, MARIBEL HERNANDEZ, <br><br>Plaintiff,<br><br>vs.<br><br>YADIRA PORTILLO, COURTNEY WAMPLER, CWA FELIX, HEIDI WILLIAMS, ADRIAN MARQUEZ, TULARE YOUTH SERVICE BUREAU, INCORPORATED, and Does 1 to 100, inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-02204-LJO-DLB<br><br>**ORDER SEALING EXHIBITS B, C, AND D FILED IN SUPPORT OF DEFENDANTS TULARE YOUTH SERVICE BUREAU, INC. AND ADRAIN MARQUEZ' MOTION FOR SUMMARY JUDGMENT**<br><br><br>Judge: Hon. Lawrence J. O'Neill |

Defendants Tulare Youth Services Bureau ("TYSB") and Adrain Marquez ("Marquez") will shortly file a motion for summary judgment. In support of their motion, these Defendants seek to submit documentation, under seal, from the County of Tulare verifying that Marquez reported alleged physical abuse against A.E. to the County of Tulare. Specifically, Defendants TYSB and Marquez ask the Court to file the following documents under seal (9 pages total):

(1) a confirmation report from the County that Marquez reported physical abuse, dated November 26, 2008 (Exhibit B to the Appendix of Exhibits in support of Defendants' motion for summary judgment);

(2) a string of e-mails from May 2010 in which the County of Tulare confirms that Marquez reported the abuse (which contain A.E.'s full name and age) (Exhibit C to the Appendix of Exhibits in support of Defendants' motion for summary judgment);

(3) records produced by the County of Tulare employees in discovery that confirm that Marquez reported the abuse (which contain A.E.'s full name, age and address) (Exhibit D to the Appendix of Exhibits in support of Defendants' motion for summary judgment).

The requesting Defendants maintain it is proper to seal the documents because they have been designated confidential pursuant to various protective orders, because they contain identifying information about a minor, and because they relate to a mandatory report of abuse against a minor which the requesting Defendants contend is deemed confidential under California Penal Code § 11167.5 and California Welfare & Institutions Code § 827.  After reviewing the notice and request to seal documents, the parties' protective order, and the documents themselves, the Court grants the request to file the above-identified documents under seal.

The documents shall be filed under seal in perpetuity.  Access to the documents shall be permitted to the parties that signed the protective order and their counsel, which are: A.E. (and his guardian ad litem Maribel Hernandez), Yadira Portillo, Courtney Wampler, CWA Felix, and Heidi Williams, Sandra Ceballos, Family Builders Foster Care, TYSB, and Adrain Marquez.

IT IS SO ORDERED.

Dated:  **December 21, 2011**          **/s/ Lawrence J. O'Neill**
                                                                   UNITED STATES DISTRICT JUDGE