1  KATHLEEN BALES-LANGE, #094765
2  County Counsel for the County of Tulare
   Teresa M. Saucedo, #093121
3  Chief Deputy County Counsel
   Judy Chapman, # 169479
4  Deputy County Counsel
   2900 West Burrel, County Civic Center
5  Visalia, California 93291
6  Phone: (559) 636-4950
   Fax: (559) 737-4319
7  E-mail: jchapman@co.tulare.ca.us

8  Attorneys for Yadira Portillo, Courtney Wampler,
9  and CWA Felix

10              **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF CALIFORNIA**
11

12 | AE,                              | **CASE NO. 1:09-CV-02204-LJO-DLB**               |
   |                                  |                                                  |
13 |         Plaintiff,               |                                                  |
   |                                  | STIPULATION OF THE PARTIES TO                    |
14 |    v.                            | CONTINUE SETTLEMENT CONFERENCE;                  |
   | COUNTY OF TULARE, et al.         | AND ORDER                                        |
15 |                                  |                                                  |
   |         Defendants.              |                                                  |
16

17

18      Due to an unexpected conflict in scheduling, the County of Tulare requests a continuance of
19 the settlement conference in this matter currently set for February 15, 2012. The other parties do not
20 oppose the continuance and have entered into this stipulation. It is requested that the settlement
21 conference be continued for 30 days to March 21, 2012, at 10:00 AM in Courtroom 9 before
22 Magistrate Judge Dennis L. Beck, or to a date that is convenient for the court.

23

24 Dated:  January 6, 2012                       RODRIGUEZ & ASSOCIATES
        (Authorized via electronic mail)
25

26

27                                              By /s/ J. MIGUEL FLORES
                                                   J. MIGUEL FLORES
28                                                 Attorneys for Plaintiff

                                                1

Stipulation to Continue Settlement Conference and [Proposed] Order

Dated: January 4 2012

KATHLEEN BALES-LANGE
Tulare County Counsel

By /s/ JUDY CHAPMAN
JUDY CHAPMAN,
Deputy County Counsel

Dated: January 9, 2012
(Authorized via electronic mail)

BORTON PETRINI LLP

By /s/ JAMES J. BRAZE
JAMES J. BRAZE, Attorneys for
Third-Party Defendant, Family
Builders Foster Care, Inc.

Dated: January 6, 2012
(Authorized via electronic mail)

GORDON REES

By /s/ GEORGE ACERO
GEORGE ACERO
Attorneys for Defendant, Tulare
Youth Service Bureau, Inc.

Dated: January 6, 2012
(Authorized via electronic mail)

WEST & MIYAMOTO

By /s/ EUGENE F. WEST
EUGENE F. WEST
Attorneys for Cross-Defendant,
Sandra Ceballos

IT IS SO ORDERED.

Dated: **January 23, 2012**        /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

2