DANIEL RODRIGUEZ, ESQ., SBN 096625
J. MIGUEL FLORES, ESQ., SBN 240535
**RODRIGUEZ & ASSOCIATES**
2020 EYE STREET
BAKERSFIELD, CA  93301
Telephone:  (661) 323-1400
Facsimile:   (661) 323-0132

Attorneys for Claimant AE, a minor,
by and through his Guardian ad Litem,
MARIBEL HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AE, a minor, by and through his Guardian ad Litem, MARIBEL HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF TULARE, TULARE COUNTY HEALTH AND HUMAN SERVICES AGENCY, TULARE COUNTY CHILD WELFARE SERVICES, CELESTE ABARCA, PATRICIA NEGRETTE, YADIRA PORTILLO, PRUDENCE MORRIS, HELEN RUE, COURTNEY WAMPLER, CWA FELIX, HEIDI WILLIAMS, DR. SOTO, ADRIAN MARQUEZ, TIFFANY BREEN, LETICIA QUEZADA, MARIE FOCHA, MIRIAM SALLAM, and Does 1 to 100, inclusive,<br><br>Defendants. | **Case No.: 1:09-CV-02204LJO-DLB**<br><br>**STIPULATION TO CONTINUE DEADLINE FOR EXPERT DISCLOSURE, SUPPLEMENTAL DISCLOSURE OF EXPERT AND CONTINUE THE DEALINE FOR COMPLETION OF EXPERT DISCOVERY;**<br>**ORDER THEREON**<br><br><br>**Complaint filed:  12/17/2009**<br>**Trial Date:  10/23/2012** |

---

STIPULATION TO CONTINUE DEADLINE FOR EXPERT DISCLOSURE, SUPPLEMENTAL DISCLOSURE OF EXPERTS AND CONTINUE THE DEALINE FOR COMPLETION OF EXPERT DISCOVERY;
[PROPOSED] ORDER THEREON -1-

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the deadline for the disclosure of expert witnesses scheduled for January 20, 2012, be continued to February 20, 2012, the supplemental disclosure of expert witnesses scheduled for February 10, 2012, be continued to March 12, 2012, and that the deadline to complete expert discovery also be continued from March 2, 2012 to April 2, 2012.   The continuance is necessary in that the records for plaintiff AE which were subpoenaed from the Tulare County Health and Human Services Agency were yet to be received by the parties and only were recently ordered released by the Tulare County Superior Court on January 17, 2011.  These records are a necessary part of plaintiff's records that need to be reviewed by experts for the parties. In addition, Defendants YADIRA PORTILLO, COURTNEY WAMPLER, CWA FELIX and SANDRA CEBALLOS have set an independent medical (psychological) evaluation of plaintiff AE for February 1, 2012.  The results of that examination will also need to be reviewed by experts for the parties.

Dated:  1/18/12                                        Rodriguez & Associates

                                                        By:   /s/ Miguel Flores_____/
                                                                J. MIGUEL FLORES Esq.
                                                        Attorneys for Plaintiff AE


Dated: 1/18/12                                         KATHLEEN BALES-LANGE
                                                        Tulare County Counsel


                                                        By /s/ Judy Chapman _____
                                                                JUDY CHAPMAN,
                                                                Deputy County Counsel

Dated:  1/18/12                                          BORTON PETRINI LLP


By __/s/ Gail S. Braze_____
   GAIL S. BRAZE, Attorneys for
   Third-Party Defendant, Family
   Builders Foster Care, Inc.

Dated:  1/18/12                                          WEST & MIYAMOTO


By  /s/ Eugene F. West_____
   EUGENE F. WEST
   Attorneys for Cross-Defendant,
   Sandra Ceballos


IT IS SO ORDERED.

Dated:  **January 23, 2012**                   /s/ Dennis L. Beck
                                                                                    UNITED STATES MAGISTRATE JUDGE