KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
Teresa M. Saucedo, #093121
Chief Deputy County Counsel
Judy Chapman, # 169479
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Phone: (559) 636-4950
Fax: (559) 737-4319
E-mail: jchapman@co.tulare.ca.us

Attorneys for Yadira Portillo, Courtney Wampler,
and CWA Felix

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AE, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF TULARE, et al. <br><br> Defendants. | CASE NO. 1:09-CV-02204-LJO-DLB <br><br> STIPULATION OF THE PARTIES TO CONTINUE DISCOVERY DEADLINES AND EXPERT DISCOVERY DEADLINES; AND ORDER |

In light of the Appellate Court's ruling of January 27, 2012, reversing this Court's order dismissing the claims against the County of Tulare, and with expectation of Plaintiff's filing of a Sixth Amended Complaint to name the County of Tulare as a defendant to allege *Monell* claims, the parties request a continuance of the discovery deadlines to allow for further discovery, including depositions, in this matter.

This stipulation is not intended to be an express waiver of any party's right to file further requests to continue based upon a proper showing and as permitted by law.

The parties stipulate that the following dates be continued:

1. Expert Witness Disclosure from February 20, 2012 to April 10, 2012.

2. Discovery Cutoff Date from March 5, 2012, to April 10, 2012;

3. Supplemental Expert Witness Disclosure from March 12, 2012, to April 23, 2012.

    4.   Expert Discovery Cutoff Date from April 2, 2012, to May 10, 2012.

Dated: 2/17/12  
(Authorized via electronic mail)     RODRIGUEZ & ASSOCIATES

By /s/ J. MIGUEL FLORES  
    J. MIGUEL FLORES  
    Attorneys for Plaintiff

Dated: 2/15/12     KATHLEEN BALES-LANGE  
    Tulare County Counsel

By /s/ JUDY CHAPMAN  
    JUDY CHAPMAN,  
    Deputy County Counsel

Dated: 2/17/12  
(Authorized via electronic mail)     BORTON PETRINI LLP

By /s/ GAIL BRAZE  
    GAIL BRAZE, Attorneys for  
    Third-Party Defendant, Family  
    Builders Foster Care, Inc.

Dated: 2/15/12  
(Authorized via electronic mail)     WEST & MIYAMOTO

By /s/ EUGENE F. WEST  
    EUGENE F. WEST  
    Attorneys for Cross-Defendant,  
    Sandra Ceballos

IT IS SO ORDERED.

    Dated: **February 22, 2012**     /s/ *Dennis L. Beck*  
    UNITED STATES MAGISTRATE JUDGE