KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
Teresa M. Saucedo, #093121
Chief Deputy County Counsel
Judy Chapman, # 169479
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Phone: (559) 636-4950
Fax: (559) 737-4319
E-mail: jchapman@co.tulare.ca.us

Attorneys for County of Tulare, Yadira Portillo,
Courtney Wampler and CWA Felix

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AE,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE, et al.<br><br>    Defendants. | **CASE NO. 1:09-CV-02204-LJO-DLB**<br><br>STIPULATION OF THE PARTIES TO CONTINUE THE DEADLINE FOR EXPERT WITNESS DISCLOSURE AND FOR THE FILING AND HEARING ON DISPOSITIVE MOTIONS and ORDER |

The date of the medical evaluation of the Plaintiff is scheduled for Monday, April 9, 2012. In order to allow time for experts to prepare the written report required under FRCP 26(a)(2)(B), the parties agree to continue the date for expert disclosure.  Further, the date for the taking of the depositions of Defendants, Yadira Portillo, Courtney Wampler and CWA Felix, are set for April 10, 2012.  In order to provide for ample time to receive and review deposition transcripts, excerpts of which may be used to support a dispositive motion, the parties agree to extend the time for the filing and hearing of dispositive motions.

The parties stipulate that the following dates be continued:

1. Expert Witness Disclosure Deadline from April 10, 2012 to April 23, 2012.

2. Supplemental Expert Witness Disclosure Deadline from April 23, 2012, to May 7, 2012.

3. Dispositive Motion Filing Deadline from April 23, 2012 to May 23, 2012;

4. Dispositive Motion Hearing Date June 6, 2012, to July 9, 2012.

Dated: 4/9/12
(Authorized via electronic mail)

RODRIGUEZ & ASSOCIATES

By /s/ J. MIGUEL FLORES
   J. MIGUEL FLORES
   Attorneys for Plaintiff

Dated: 4/9/12

KATHLEEN BALES-LANGE
Tulare County Counsel

By /s/ JUDY CHAPMAN
   JUDY CHAPMAN,
   Deputy County Counsel

Dated: 4/9/12
(Authorized via electronic mail)

BORTON PETRINI LLP

By /s/ JAMES BRAZE
   JAMES BRAZE, Attorneys for
   Third-Party Defendant, Family
   Builders Foster Care, Inc.

Dated: 4/9/12
(Authorized via electronic mail)

WEST & MIYAMOTO

By /s/ EUGENE F. WEST
   EUGENE F. WEST
   Attorneys for Cross-Defendant,
   Sandra Ceballos

///
///
///

IT IS SO ORDERED.

Dated: **April 10, 2012**   /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE