IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AE, a minor, by and through his Guardian ad Litem, MARIBEL HERNANDEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF TULARE, et al.,<br><br>    Defendants.<br>_____ /<br><br>AND RELATED ACTIONS.<br>_____ / | CASE NO. CV F 09-2204 LJO DLB<br><br>**ORDER ON DISPOSITIVE MOTIONS**<br>(Doc. 170.) |

Based on the County defendants' request, this Court:

1. ORDERS moving dispositive motion papers to be filed no later than June 6, 2012;

2. ORDERS opposition papers to dispositive motions to be filed no later than June 20, 2012; and

3. ORDERS reply papers for dispositive motions to be filed no later than June 27, 2012.

Pursuant to its practice, this Court will consider the motions on the record without a hearing. *See* Local Rule 230(g). No hearing shall be set for the motions.

Given the additional time granted to prepare dispositive motions, this Court FURTHER

ORDERS:

The parties' respective papers must be concise, well-organized and properly supported. Statements of undisputed material facts and responses thereto must distill clearly "facts," not argument or speculation, and must be coherent, succinct, and well-organized sequentially by the events or claims at issue. Undisputed material facts must be completely and meaningfully supported by the record and admissible evidence. The parties must not provide undisputed material facts which misconstrue or unreasonably extrapolate from the record or which are not completely supported by appropriate evidence. This Court will strike papers or portions thereof which do not meet these requirements. This order serves as a predicate to impose sanctions on the parties and their counsel in this or other actions.

IT IS SO ORDERED.

**Dated:   May 18, 2012**                     /s/ Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE