**WEST CORZINE, LLP**
Eugene F. West, Esq. (State Bar No. 102033)
Ian Corzine, Esq. (State Bar No. 199642)
400 West Ventura Blvd., Ste. 205
Camarillo, California 93010-9141
Tel.: (805) 388-5887
Fax: (805) 384-1518
E-Mail: icorzine@westcorzinelaw.com

Attorneys for Defendant SANDRA CEBALLOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AE, a minor, by and through his Guardian ad Litem, MARIBEL HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>YADIRA PORTILLO, COURTNEY WAMPLER, CWA FELIX, HEIDI WILLIAMS, ALEJANDRO PUENTES, SANDRA CEBALLOS, COUNTY OF TULARE, and DOES 2 to 50, and 53 to 100, inclusive,<br><br>Defendants.<br><br>_____<br><br>AND RELATED THIRD PARTY ACTIONS.<br>_____ | Case No.: 1:09-CV-02204-LJO-DLB<br><br>**DECLARATION OF IAN CORZINE, ESQ. IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF DEFENDANT SANDRA CEBALLOS**<br><br>Date:    July 25, 2012<br>Time:    8:30 a.m.<br>Court:    4 |

I, IAN CORZINE, ESQ., declare:

1. I am an attorney duly licensed to practice in all courts of the State of California. I am a partner with the law firm of West Corzine, LLP, attorneys for defendant SANDRA CEBALLOS ("Ceballos") herein. I have personal knowledge of the facts set forth herein and if required to testify, I will do so competently.

/ / /

/ / /

2. Pursuant to the Scheduling Order, I sent written meet-and-confer correspondence regarding this motion to Miguel Flores, Esq., counsel for AE, a minor, by and through his Guardian ad Litem, MARIBEL HERNANDEZ ("AE"), on May 29, 2012.

3. I telephoned counsel for AE on May 30, 2012 for the purpose of discussing the delineated issues in the Order.

4. I sent counsel for AE a draft Joint Statement of Undisputed Facts on May 30, 2012.

5. Late on May 30, 2012, I discussed the delineated issues of the Order with Mr. Flores.  Mr. Flores opposes the relief requested by the motion.

6. I received and reviewed original or certified copies of the deposition transcripts of this action.

7. Attached hereto at Exhibit 1 are true and correct copies of portions of the deposition transcript of Ceballos relevant to the concurrently-filed motion for partial summary judgment of my client.

8. Attached hereto at Exhibit 2 are true and correct copies of portions of the deposition transcript of non-party witness Analia Flores relevant to the concurrently-filed motion for partial summary judgment of my client.

9. During the representation of Ceballos in this matter, I received and reviewed her "Response to Request for Production of Documents" propounded by defendants TULARE YOUTH SERVICES and ADRAIN MARQUEZ.  Attached hereto at Exhibit 3 are true and correct copies of portions of this document relevant to the concurrently-filed motion for partial summary judgment of my client.

10. Attached hereto at Exhibit 4 are true and correct copies of portions of the deposition transcript of defendant ALEJANDRO PUENTES relevant to the concurrently-filed motion for partial summary judgment of my client.

11. Attached hereto at Exhibit 5 are true and correct copies of portions of the deposition transcript of AE relevant to the concurrently-filed motion for partial summary judgment of my client.

/ / /

12. Attached hereto at Exhibit 6 are true and correct copies of portions of the deposition transcript of non-party witness Yadira Portillo Lopez relevant to the concurrently-filed motion for partial summary judgment of my client.

13. Attached hereto at Exhibit 7 are true and correct copies of portions of the deposition transcript of non-party witness Kevin Enquist relevant to the concurrently-filed motion for partial summary judgment of my client.

14. Attached hereto at Exhibit 8 are true and correct copies of portions of the deposition transcript of non-party witness Adelita Felix relevant to the concurrently-filed motion for partial summary judgment of my client.

15. Attached hereto at Exhibit 9 are true and correct copies of portions of the deposition transcript of non-party witness Adrain Marquez relevant to the concurrently-filed motion for partial summary judgment of my client.

16. Attached hereto at Exhibit 10 are true and correct copies of portions of the deposition transcript of non-party witness Maribel Hernandez relevant to the concurrently-filed motion for partial summary judgment of my client.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed this 31st day of May, 2010, at Camarillo, California.

Dated: May 31st, 2012                    **WEST CORZINE, LLP**

                                         By: _____
                                         IAN CORZINE, ESQ.
                                         Attorneys for Defendant SANDRA
                                         CEBALLOS

DECLARATION OF IAN CORZINE, ESQ. IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF DEFENDANT SANDRA CEBALLOS

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       )
COUNTY OF VENTURA    )

I am a resident of the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is 400 W. Ventura Boulevard, Suite 205, Camarillo, California  93010.

On the date shown below, I served the foregoing document described as **DECLARATION OF IAN CORZINE, ESQ. IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF DEFENDANT SANDRA CEBALLOS** on the parties in this action as follows:

| | |
|---|---|
| Charles R. Chapman, Esq.<br>Rodriguez & Associates<br>2020 Eye Street<br>Bakersfield, CA 93301 | Attorneys for Plaintiff AE, a minor, by and his Guardian ad Litem, Maribel Hernandez<br>Email: *charles@rodriguezlaw.net*<br>*leslie@rodriguezlaw.net* |
| Judith Diane Chapman<br>Tulare County Counsel's Office<br>2900 West Burrel Avenue<br>Visalia, CA 93291 | Attorneys for County of Tulare<br>Email: *jchapman@co.tulare.ca.us* |
| Mark S. Posard, Esq.<br>Gordon & Rees, LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | Attorneys for Tulare Youth Services Bureau and Adrian Marquez<br>Email: *mposard@gordonrees.com* |
| George A. Acero, Esq.<br>Gordon & Rees, LLP<br>655 University Avenue, Suite 200<br>Sacramento, CA 95825 | Attorneys for Tulare Youth Services Bureau and Adrian Marquez<br>Email: *gacero@gordonrees.com* |

BY ELECTRONIC SERVICE: Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.  Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmissions at the email address(es) indicated above:

Executed on May 31, 2012, at Camarillo, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Jeannine Linder
Type or Print Name

Signature