# Exhibit 3

(TO DECLARATION OF IAN CORZINE, ESQ. IN SUPPORT OF MOTION FOR
PARTIAL SUMMARY JUDGMENT OF DEFENDANT SANDRA CEBALLOS)

WEST & MIYAMOTO
By: Eugene F. West, Esq.
State Bar No: 102033
5151 Verdugo Way, Suite 203
Camarillo, California 93012
(805) 388-5887
(805) 384-1518 - Fax -
efwest@westmiyamoto.com

Attorneys for Defendant, SANDRA CEBALLOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AE, a minor, by and through his Guardian ad Litem, MARIBEL HERNANDEZ, <br><br> Plaintiff, <br><br> vs. <br><br> YADIRA PORTILLO, COURTNEY WAMPLER, CWA FELIX, HEIDI WILLIAMS, ADRIAN MARQUEZ, TULARE YOUTH SERVICE BUREAU, INCORPORATED, ALEJANDRO PUENTES, SANDRA CEBALLOS, and Does 1 to 50, and 53 to 100, Inclusive, <br><br> Defendants. | Case No.: 1:09-CV-02204-LJO-DLB <br><br> **DEFENDANT'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS** |

PROPOUNDING PARTY: Defendants, TULARE YOUTH SERVICES and ADRIAN MARQUEZ

SET NUMBER: ONE

RESPONDING PARTY: Defendant, SANDRA CEBALLOS

COMES NOW Defendant, SANDRA CEBALLOS pursuant to Federal Rule of Civil Procedure, Rule 34, and in response to the Request for Production of Documents, Set One, served on behalf of Defendants, TULARE YOUTH SERVICES BUREAU and ADRIAN MARQUEZ, answers, objects and states as follows:

EXHIBIT
J

1

DEFENDANT[...] AND FOR PRODUCTION OF DOCUMENTS

## PRELIMINARY STATEMENT

This responding party has not fully completed its investigation of the facts, its discovery, or its preparation for trial. All of the responses contained herein are based only upon such information and documents as are presently available to and specifically known by this responding defendant and disclose only those facts and contentions which are presently known by such responding defendant. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts, add meaning to the known facts, as well as establish entirely new factual conclusions and legal contentions, all of which may lead to substantial additions to, changes in, and variations from these responses. The responses herein are given without prejudice to the responding defendant's right to produce evidence of any subsequently discovered fact or facts which this responding defendant may later recall. This responding defendant accordingly reserves the right to change any and all responses herein as additional facts are ascertained, analysis made, legal research completed and contentions asserted. The responses made herein are made in a good faith effort to supply as much factual information and as much specification of legal contentions as are presently known and available but are provided without prejudice to this responding defendant in relation to further discovery, research or analysis.

## RESPONSES

1. **OBJECTION.** This production request is vague, ambiguous, overly broad, unduly burdensome, unintelligible and argumentative and as such seeks documents that are neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. Without waiving the foregoing objections, this responding party will comply with this request and produce available documents pertaining to plaintiff, A.E., and Jose Rams. (See, CD, DPDR.Ceballos.pdf, pages 1 through 208.)

2. **OBJECTION.** This production request is vague, ambiguous, overly broad, unduly burdensome, unintelligible and argumentative and as such seeks documents that are neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. This responding party incorporates herein by this reference the response to Request Number 2, infra. Without waiving the foregoing objections, this responding party will comply

2

1 | with this request and produce available documents pertaining to plaintiff, A.E., and Jose Rams.
2 | (See, CD, DPDR.Ceballos.pdf, pages 1 through 208.)
3 | 3. This responding party is unable to comply. A diligent search and reasonable inquiry has been
4 | made in an effort to comply. The inability to comply is because the particular item or category
5 | requested has never existed in the custody or control of this responding party.
6 | 4. This responding party is unable to comply. A diligent search and reasonable inquiry has been
7 | made in an effort to comply. The inability to comply is because the particular item or category
8 | requested has never existed in the custody or control of this responding party.
9 | 5. This responding party is unable to comply. A diligent search and reasonable inquiry has been
10 | made in an effort to comply. The inability to comply is because the particular item or category
11 | requested has never existed in the custody or control of this responding party.
12 | 6. This responding party is unable to comply. A diligent search and reasonable inquiry has been
13 | made in an effort to comply. The inability to comply is because the particular item or category
14 | requested has never existed in the custody or control of this responding party.
15 | 7. This responding party is unable to comply. A diligent search and reasonable inquiry has been
16 | made in an effort to comply. The inability to comply is because the particular item or category
17 | requested has never existed in the custody or control of this responding party.
18 | 8. This responding party is unable to comply. A diligent search and reasonable inquiry has been
19 | made in an effort to comply. The inability to comply is because the particular item or category
20 | requested has never existed in the custody or control of this responding party.
21 | 9. This responding party incorporates herein by this reference the response to Request Number 1,
22 | infra. (See, CD, file "DPDR.Ceballos.pdf", pages 1 through 208.)
23 | 10. This responding party incorporates herein by this reference the response to Request Number 2,
24 | infra. (See, CD, file "DPDR.Ceballos.pdf", pages 1 through 208.)
25 | 11. This responding party will comply with this request and produce copies of any available
26 | photographs of Plaintiff, A.E.
27 | 12. This responding party will comply with this request and produce copies of any available
28 | photographs of Jose Ramos.

DEFENDANT'S RESPONSE TO DEMAND FOR PRODUCTION OF DOCUMENTS

1 | Dated: October 11, 2011           WEST & MIYAMOTO

By: _____
EUGENE F. WEST, ESQ.
Attorney for Defendant, Sandra Ceballos

PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     )
COUNTY OF VENTURA    )

I am a resident of the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is 5151 Verdugo Way, Suite 203, Camarillo, California 93012.

On the date shown below, I served the foregoing document described as **DEFENDANT'S RESPONSE TO DEMAND FOR PRODUCTION OF DOCUMENTS** on the parties. I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Camarillo, California, addressed as follows:

SEE ATTACHED SERVICE LIST

I am readily familiar with the practice of this office concerning the collection and processing of documents for mailing. Mail is deposited with the U.S. Postal Service on the same day that it is posed in the ordinary course of business. I am aware that on a motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of service specified herein.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 17th day of October, 2011, at Camarillo, California.

By: /s/ KRISTY MIYAMOTO

Y:\FIRST AMERICAN\CEBALLOS\Discovery\Responses\DPDR_Tulare_234_11.wpd

DEFENDANT'S RESPONSE TO DEMAND FOR PRODUCTION OF DOCUMENTS

AE v. COUNTY OF TULARE, et al
Case No.: 1:09-CV-02204-LJO-DLB

## SERVICE LIST

Charles R. Chapman, Esq.
RODRIGUEZ & ASSOCIATES
2020 Eye Street
Bakersfield, California 93301
(661) 323-1400
(661) 323-0132 - fax -

Attorney for Plaintiff, AE, a minor, by and through his Guardian ad Litem, MARIBEL HERNANDEZ

Judy Chapman, Esq,
DEPUTY COUNTY COUNSEL
2900 West Burrel, County Civic Center
Visalia, California 93291
(559) 636-4950
(559) 737-4319 - fax -

Attorneys for YADIRA PORTILLO, COURTNEY WAMPLER, and CWA FELIX

George A. Acero, Esq.
GORDON & REES LLP
655 University Avenue, Suite 200
Sacramento, CA 95825
(916) 565-2900
(916) 920-4402 - fax -

Attorneys for TULARE YOUTH SERVICES BUREAU and ADRIAN MARQUEZ

James J. Braze, Esq.
BORTON & PETRINI, LLP
5060 California Avenue, Suite 700
P.O. Box 2026
Bakersfield, California 93303

Attorneys for Defendant, FAMILY BUILDERS FOSTER CARE, INC.

DEFENDANT'S RESPONSE TO DEMAND FOR PRODUCTION OF DOCUMENTS

**VERIFICATION**

STATE OF CALIFORNIA      )
                         )
COUNTY OF VENTURA        )

    I am the defendant in the above-entitled action; I have read the foregoing **DEFENDANT'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS** and know the contents thereof; and I certify that the same is true of my own knowledge, except as to those matters which are therein stated upon my information and belief, and as to those matters I believe them to be true.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed this _17_ day of _October_ 2011, at _Tulare_, California.

_Sandra Ceballos_
SANDRA CEBALLOS

Y:\FIRST AMERICAN\CEBALLOS\Discovery\Verification\DPD.wpd

3

CONFIDENTIAL DOCUMENT

Dec. 15. 2008 10:4    family builders                      No. 4624   P. 2

# UNUSUAL INCIDENT/INJURY REPORT

INTRUCTIONS: NOTIFY LICENSING AGENCY, PLACEMENT AGENCY AND RESPONSIBLE PERSONS, IF ANY, BY NEXT WORKING DAY.

SUBMIT WRITTEN REPORT WITHIN 7 DAYS OF OCCURRENCE. RETAIN COPY OF REPORT IN CLIENTS FILE.

| NAME OF FACILITY | FACILITY FILE NUMBER | TELEPHONE NUMBER |
|---|---|---|
| Family Builders Foster Care | 547202600 | (559) 636-1775 |
| ADDRESS | CITY, STATE, ZIP | |
| 113 N. Church St., Suite 319 | Visalia, CA 93291 | |

| CLIENTS/RESIDENTS INVOLVED | DATE OCCURRED | AGE | SEX | DATE OF ADMISSION |
|---|---|---|---|---|
| [redacted] | December 4, 2008 | 17 | Male | August 9, 2006 |
| [redacted] | December 4, 2008 | 9 | Male | September 4, 2008 |
| | | | | |
| | | | | |

## TYPE OF INCIDENT

- ☐ Unauthorized Absence
- ☐ Aggressive Act/Self
- ☐ Aggressive Act/Another Client
- ☐ Aggressive Act/Staff
- ☐ Aggressive Act/Family, Visitors
- ☐ Alleged Violation of Rights

Alleged Client Abuse
- ☐ Sexual
- ☐ Physical
- ☐ Psychological
- ☐ Financial
- ☐ Neglect

- ☐ Rape
- ☐ Pregnancy
- ☐ Suicide Attempt
- ☐ Other

- ☐ Injury/Accident
- ☐ Injury Unknown Origin
- ☐ Injury From another Client
- ☐ Injury From Behavior Episodes
- ☐ Epidemic Outbreak
- ☐ Hospitalization

- ☐ Medical Emergency
- ☐ Other Sexual Incident
- ☐ Theft
- ☐ Fire
- ☐ Property Damage
- ☒ Other (explain)

DESCRIBE EVENT OR INCIDENT (INCLUDE DATE, TIME, LOCATION, PERPETRATOR, NATURE OF INCIDENT ANY ANTECEDENTS LEADING UP TO INCIDENT AND HOW CLIENTS WHERE AFFECTED, INCLUDING ANY INJURIES):

[redacted] and [redacted] are placed in the home of Sandra Ceballos and Alejandro Puentes, located at 1502 Firestone Drive, Tulare, CA 93274, (559) 684-9857.

On December 10, 2008, [redacted] reported to the undersigned Social Worker that on approximately December 4, 2008, [redacted] had gone into his bedroom in the night and [redacted] had pulled [redacted]'s pants down. He reported that nothing else happened.

PERSON(S) WHO OBSERVED THE INCIDENT/INJURY:

[redacted]
Sandra Ceballos

EXPLAIN WHAT IMMEDIATE ACTION WAS TAKEN (INCLUDE PERSON CONTACTED):

On December 10, 2008, Family Builders Social Worker Kevin Enquist was informed of this incident. The undersigned spoke with the minors, [redacted] and [redacted], and their foster parent, Sandra Ceballos regarding this incident. The undersigned explained to [redacted] that his actions were inappropriate and that this could affect his being on probation. The undersigned contact Josh Streeper, [redacted] probation officer to inform him of this incident. The undersigned also contacted the Tulare County Child Welfare Social Workers Yadira Portillo and Heidi Williams regarding this incident.

OVER

000319

CONFIDENTIAL DOCUMENT
10/10/2011 WM
Page 1 of 208

*Instructions: This form is to be used to notify Child Welfare Services of any unusual incidents, injuries or changes in status of child(ren). File copy in Family Builder's case. This form is not intended for Community Care Licensing, nor does it replace the Community Care Licensing Unusual Incident/Injury Report.*

## Internal Unusual Incident/Injury Report

TO: Rosemary Truette                                            DATE: October 16, 2007

　　　　CWS Social Worker

FROM: Kevin Enquist

　　　Family Builders Foster Care, 113 No. Church, Ste. 319,
　　　Visalia 93291 (559) 636-1775 FAX (559) 636-1792

Client(s) Involved: ▓▓▓▓

Foster Home: Sandra Ceballos & Alejandro Puentes

Date of Incident: October 6, 2007

Description of incident: On October 6, 2007, ▓▓▓▓ was participating in an ILP trip to the Monterey Bay Aquarium. During this trip, the undersigned Social Worker was informed that ▓▓▓ was involved in the following incident. ▓▓▓ had approached a few teenage girls and had asked them for oral sex. One of the girls agreed to the proposition. During the ride home from the aquarium, ▓▓▓ and the teenage girl performed oral sex on each other. They then gave each other hickies.

Action taken: On October 9, 2007, the undersigned Social Worker was informed of this incident. The undersigned Social Worker left a voicemail message for ▓▓▓'s Child Welfare Social Worker Rosemary Truette regarding this incident. The undersigned Social Worker then contacted Gilbert Rivas, ▓▓▓'s therapist at Tulare Youth Services Bureau, regarding this incident. Mr. Rivas indicated that he would be attending ▓▓▓'s weekly staffing scheduled for this date, to discuss what issues needed to be addressed for ▓▓▓. The undersigned Social Worker also informed foster parent, Sandra Ceballos, to inform her of this incident.

On October 11, 2007, the undersigned Social Worker was contacted by Michelle Reynoso, Tulare County Independent Living Supervisor, regarding this incident. Ms. Reynoso indicated that she had gone to the school and spoke with ▓▓▓ regarding this incident. Ms. Reynoso indicated that

A.E. v. County of Tulare
CONFIDENTIAL DOCUMENT

███ would be excluded from future trip with the ILP program, but would be allowed to continue receive individual services.

Action Needed, if any:

Report Submitted by: _____Kevin Enquist_____

Date of Report: _____October 16, 2007_____

Reviewed/approved by _____

CONFIDENTIAL DOCUMENT
10/10/2011 WM      000753
Page 66 of 208

Family Builders Foster Care, Inc.
Clinical Staffing Notes: ▓▓▓▓▓      1:30pm - 2:00pM
Date: 6/7/07
Present (circle those present): Kevin Enquist, Support Counselors: Janet Guzman, Corina Alaniz, (Tony Manquero) Social Worker Emiliano Moran, Dawn Kinney Miller. ITFC Unit Mgr, Pat Smith, CWS, ▓▓▓▓ Hernandez, foster parent, Connie Treis Therapist, Beth Wilshire, CASA Cristal Peña

Total support service hours: 19 hr     crisis hours: 0
Medical appointments: 0
Therapy attended: 0

▓▓▓▓ — Did well during our time. First time meeting this winter.

▓▓▓▓ — Has been doing well. One concern is him talking to females innapropriately "F-M is concerned" about this behavior
- FM also concerned he is speaking inappropriately to her bio daughter. FM claims an aunt saw ▓▓▓▓ try to touch bio-daughter.
- Continues to work @ Sonic

Minutes by: Cristal Peña
Signatures: ▓▓▓▓▓

▬▬▬ Staffing 4/24/07 Present: Kevin Enquist, Terry Marquez, Corina Alaniz + Dawn Kinney Miller

Attended therapy 4/17   No Medical Appts
Support Hours 20         Crisis 0

▬▬▬ Spoke c Michelle Reynosa + will set up 1:1 DP c support staff will meet c her next week.

▬▬▬ Friday, rough housing c ▬▬▬ put ▬▬▬ a head-lock, later put his hand on her thigh. Good weekend, behaved + did chores. He did this in spite of other kids in respite. Took him to job fair + therapy last week. Was able to REM copy ▬▬▬ + ask for job application. Del Taco, Sonic, Carl's Jr – will meet

▬▬▬ is to drop off all info + paperwork for tri He'll be able to get him a CA ID + bank acct.

▬▬▬ referred to Police as 'Pigs' No psychotic comments not Works out well @ gym. Knows he won't go anywhere unless chores are done.

▬▬▬ Parents seem to be 'getting it' to base rewards on bx.

_____
(signature)
_____
(signature)

## Family Builders Foster Care, Inc.

Clinical Staffing Notes

Date: 12-7-06

Present (circle those present): (Kevin Enquist), (Mark Berst), (Janet Guzman), (Kaelin Souza), (Dawn Kinney Miller), Mary Xavier, (Sandra Ceballos) (Amy Belsky)

Total support service hours: 14  crisis hours: 0

Medical appointments: Dr Rikkers 12-6/labwork  dentist last Tues.

Therapy attended: weekly, but missed some  impressions for braces
making every-other lately

▓▓▓▓ move to every other week now (last seen last week).
Presents in a relaxed/controlled manner

---

Sandra — Has been extremely rude, back talking, stating he never has 'free time'
Questions her like she does 'nothing'. Won't pick up his clothes. Seems to want to push her buttons.

▓▓▓ — has his own room.

Sandra — expresses himself that her job is to stay home & cook & clean

▓▓▓ yesterday was in Walmart & would just yell 'Poop' repeatedly

Ran out of meds Sat. & missed one dose;

Sandra — wouldn't take cold medicine today

▓▓▓ will get 1 200mg tab rather than 2 100mg tabs

▓▓▓ — both report continuing to laugh inappropriately

Sandra — broke chain from ceiling fan & lamp.

▓▓▓ identifies that his bx has changed & that makes

▓▓Jose Sandra — some inappropriate contact c̄ younger girls, he walked into room when girls were changing & said something like (nice butt/nice boob & more recently touched a girl's bottom. ▓▓ will address this further

Sandra has counseled him & is monitoring closely.

▓▓▓ he asks her to buy him cars, jackets, shoes

Updated ▓▓▓ on SST. Will get him SST

▓▓▓ hold him accountable for his bx. He responds to rewards.

Encouraged Sandra to not 'give-in' to him quite so much

Will have 3 week break.

Minutes by: ▓▓▓▓▓▓

| ☐ Cou | ☐ ternal |
| ☒ ITFC | ☐ WRAP |
| ☐ | ☐ TBS |

# CONTRACT BED PLACEMENT SUPPORT DOCUMENTATION

Name of 1-on-1 Support Provider: **Corina Alaniz-Support Counselor**

Contract Bed Provider: **Family Builders Foster Care, Inc.**

Name of Minor Receiving Services: ▓▓▓▓▓▓▓  Total: 1 hour

Date: **11/5/08**

Shift began: **4:30 pm**     Shift ended: **5:30 pm**

Describe the minor's general mood during your shift: This counselor visited ▓▓▓ at His recreational center, where ▓▓▓ attends group sessions that education teens on drug abuse. ▓▓▓ was standing in the hall way when this counselor arrived and he greeted this counselor. This counselor had been notified by ▓▓▓'s foster mother that ▓▓▓ had an altercation with his foster brother. The f/mother reported that a younger f/brother had a huge burse on his arm. The f/mother called the minor into the living room so that the minor could explain the situation. The minor stated that he had been Pestering ▓▓▓ in a playful manner, however, ▓▓▓ got very angry and hit him on the arm. When this counselor questioned ▓▓▓ about this reported behavior, ▓▓▓ admitted to putting his hands on his f/brother. However, ▓▓▓ gave the excuse that his f/brother is always bugging him and never leaves him alone. The counselor explained to ▓▓▓ that he is much bigger and older than the f/brother, and this meant that ▓▓▓'s consequences would be much stricter. ▓▓▓ seemed to shrug off this information and Continued to blame his f/brother. The counselor encouraged ▓▓▓ to practice his patience and to walk away from a situation that would cause him to loss his temper. ▓▓▓ agreed that walking away would have been a better outcome and he stated that he would try to work on his behavior in the future. End of contact.

If the minor exhibited behaviors that required you or the foster parent to intervene, describer what the behaviors were, what interventions were done, and the out come of the interventions: Information was explained above, however, upon returning the Minor back to his foster home, the foster mother reported that CPS had been to the Home to investigate this incident.

Are there any issues not covered above that others need to know about, ie: medication issues, placement issues, visitation issues, clothing issues, etc.: n/a

When complete, please return to Anita Baskovich @ CWS Hyde

JAN-25-2005  14:52      ...ARE CO HHSA                            CONFIDENTIAL DOCUMENT  P.02/06

## CHILD WELFARE SERVICES DIVISION
### (EMERGENCY RESPONSE, FAMILY REUNIFICATION, PERMANENCY PLANNING)

### WARNING OF AGGRESSIVE OR DANGEROUS BEHAVIOR

The HHSA-Child Welfare Services Division has advised me as to any *aggressive or dangerous* behavior on the part of ███████████████████, who was placed in my home on 1/25/05.

[ ] At the time of this placement, there are NO KNOWN aggressive or dangerous behaviors exhibited by this child.

[X] At the time of this placement, the following aggressive or dangerous behaviors are as follows: (List: runaway, destruction of property, etc.) Was caught looking at a magazine with nudity

[ ] Medical Conditions Known (List: allergies, medication, body fluid precautions, etc.)

At the time of this placement I received the known details regarding the child's educational, medical, family and behavioral information.

*I understand that this information is confidential and that unauthorized disclosure could result in a $500.00 fine.*

Care Provider Signature                 Date 1/25/05
Social Worker Signature                 Date 1-25-05
Team Leader/Unit Manager Signature      Date 1-25-05

Complete in Duplicate
Original in Case File
Carbon copy to Provider

X _____

818-S (Rev. 02/03) – Required Form

CONFIDENTIAL DOCUMENT
10/10/2011 W00760
Page 73 of 208

# FAMILY BUILDERS FOSTER CARE
## FOSTER FAMILY AGENCY
113 North Church St., Suite 319
Visalia, CA 93291

Phone: (559) 636-1775                                    Fax: (559) 636-1792

## DISCHARGE REPORT

Child's Name: J███████                        Date of Birth: ███████
Placement Worker: Brenda Blum                 Date of Placement: 01/06/06
Report Prepared by: Emiliano                  Date of Discharge: 03/01/2005
Report Date: 01/12/2006

## CHILD'S BACKGROUND INFORMATION

██████ ████ ear old Hispanic male █████ reports his mother died two years ago and his father is living in Mexico. According to Child Protective Services ████s father lives in Mexico, but has no permanent address. ████ was removed from his relative's home in Terra Bella when they were unable to provide adequate care and drugs were found in the home.

## CHILD'S ADJUSTMENT BEHAVIOR DURING THIS QUARTER

█████ was first placed in the certified foster home of ███████████ on 01/25/2005. The address is ████ ███████ in Porterville, Ca. 93257. The phone number was ██████████ The minor was moved due to not wanting to be in the home. He was then placed in the home of ████████ and █████████ on 02/15/2005. The address is ██████████ in Porterville, Ca. 93257. The minor displayed odd behavior during his stay at this placement. The minor reported to this foster parent that he would hear noise at night in his room and he also made the foster mother feel uncomfortable. He was then placed in the certified foster home of ████████████. The address is ████████ in Porterville, Ca. 93257. The phone number █████████. The minor moved due to his behavior in the foster home. The minor was then placed in the certified foster home of Sandra Ceballos and Alejandro Puentes located at 953 South "T" St. in Tulare. The telephone number is (559) 684-9857. The minor went into respite care due to the foster parents leaving to Mexico on vacation and not being able to take the minor due to his immigration status. The minor was first placed on respite care on 12/08/2005 with ██████Hernandez. The address is ███████████████. The phone number is █████████ He was then placed in respite care with █████ Little on 12/10/2005. The address is ██████████████████ 93277. The phone number ████████████ He was then placed in respite care with ████████████ Lopez on 12/16/2005. The address is █████████████████████ The phone number is ████ ████████. He was then placed once again with █████ Little on 12/16/2005. He was then placed in respite care once again with ██████Hernandez on 12/17/2005. The minor suffered several acute psychotic breaks while in respite care from 12/10/2005 to 12/23/2005. The minor complained of hearing voices and seeing things. He was also very paranoid of someone trying to harm him. He was evaluated several times at Kaweah Delta Hospital and deemed not to be a danger to himself. The minor was once again placed with in the certified foster home of Sandra Ceballos and Alejandro Puentes 01/06/2006. The foster parents reported that minor continued to have hallucination and started to show aggressive behaviors. Foster mother reported that the minor almost getting into a physical altercation with her biological