daughter. She also reported that she caught the minor kicking his dresser drawer to the point of breaking. When the minor was confronted he denied doing so. He also ran away from the foster mother when they went to pick up his medication. The minor was found at Tulare Youth Service Bureau. The minor began to talk about wanting to go to another foster home. This social worker spoke with minor several times on this issue and the minor would constantly change his mind.

## PHYSICAL AND EMOTIONAL HEALTH

▇▇'s last CHDP exam was done on November 29, 2005 through Family Health Care Network located at 1107 W. Poplar Ave. in Porterville. The clinic can be reached at (559) 781-7242. ▇▇ tested positive for tuberculosis and was prescribed medication for it and completed his prescription as directed. On October 18, 200▇ ▇▇ had a dental appointment at the General Dentistry located at 680 East Visalia Rd. in Farmersville. The Dentistry can be reached at (559) 594-5996 ▇▇ was seen by Dr. Jorge Castalleda. During this vis▇▇ had one filling and cleaning. Jose was also being seen by Dr. J. Rickers and therapist, Gilbert Rivas, at Tulare Youth Services Bureau for mental health. The minor was prescribed Seroquel on 12/14/2005 to control his hallucinations and difficulties sleeping. ▇▇ was seeing his therapist weekly.

## EDUCATIONAL SERVICES

▇▇ was enrolled at ▇▇▇▇ School Elementary. ▇▇▇▇ is located at ▇▇▇▇ in Tulare CA. 93274, (559)685-7320. He was eventually placed on independent studies. On 10/26/05 ▇▇ got suspended from school for becoming angry at Mrs. ▇▇ and throwing a book across the table. He will be in suspension school for three days starting 10/27/05. The minor was suspended once again on 12/06/2005 for fighting. ▇▇ was receiving tutoring service through Family Builders.

## BIOLOGICAL FAMILY INVOLVMENT

▇▇ does not have any visits with his brother ▇▇▇▇ who resides in Terra Bella but has requested permission to communicate with him by phone.

## RECOMMENDATIONS

It is recommended by this social worker that he placed in a home that can provide proper supervision and that can address his issues. At this time there is no foster home at this agency that can meet his needs.

Respectfully Submitted By:

*[signature]*

Emiliano Moran
Social Worker

Read and Approved By:

*[signature]*

Janay Marshall
Social Worker Supervisor

CHILD WELFARE SERVICES DIVISION
(EMERGENCY RESPONSE,
FAMILY REUNIFICATION, PERMANENCY PLANNING)

## WARNING OF AGGRESSIVE OR DANGEROUS BEHAVIOR

The HHSA-Child Welfare Services Division has advised me as to any *aggressive or dangerous behavior on the part of* ~~[redacted]~~ , who was placed in my home on 1/6/06.

[ ] At the time of this placement, there are NO KNOWN aggressive or dangerous behaviors exhibited by this child.

[X] At the time of this placement, the following aggressive or dangerous behaviors are as follows: (List: runaway, destruction of property, etc.) Has experienced hallucinations, paranoid thoughts, i.e. fear of someone trying to hurt him. Aggressive behavior towards children / adults. Has been found looking at pornographic magazines.

[X] Medical Conditions Known (List: allergies, medication, body fluid precautions, etc.) Seroquel, 100mg, 1x per night. Tuberculosis test has been positive in past - Child has been treated for condition.

At the time of this placement I received the known details regarding the child's educational, medical, family and behavioral information.

*I understand that this information is confidential and that unauthorized disclosure could result in a $500.00 fine.*

_____     _____
Care Provider Signature               Date
_____     1/6/06
Social Worker Signature               Date
_____     1/6/06
Team Leader/Unit Manager Signature    Date

Complete in Duplicate
Original in Case File
Carbon copy to Provider

818-S (Rev. 02/03) - Required Form

Family Builders Foster Care, Inc.

CHILDREN'S FILE: ▓▓▓▓
CASE NOTES

| Date | Notes |
|---|---|
| 02/21/06 | This social worker received a phone call from ▓▓▓▓, Mental Health Rehab Specialist from Tulare Youth Service Bureau, Inc. The phone number is (559) 688-2043. He informed this social worker that minor, ▓▓▓, had shown up at his agency wanting to speak with him. His foster mother was not present. Apparently the minor had ran away from his foster mother. This social worker made phone contact with the foster mother who informed this social worker that the minor had ran away from her when they were at Walgreen's drive thru picking up the minor's medication. The foster mother showed at Tulare Youth Services later. The minor spoke with his therapist. The minor eventually calmed down and return back to the foster home with no other incident. |
| 02/22/06 | This social worker makes contact with minor, ▓▓▓ ▓▓▓ at the home residence of Sandra Ceballos and Alejandro Puentes. This social worker is greeted by the foster mother. The minor was dressed appropriately. Foster mother informed this social worker of his most recent behavior. She stated that on 02/19/2006 the minor had gotten into an argument with her youngest daughter and nearly getting into a physical fight. The foster mother stated that the argument was over who gets to sit in the back seat of her van. The foster mother stated that the minor got out of the van and refused to get back in the van. Eventually the minor returned back to the van. The foster mother then stated that she also caught ▓▓▓ kicking his dresser drawer to the point of breaking the bottom drawer. The foster mother confronted the minor and he denied breaking the drawer. The foster mother stated that she has noticed the minor being more aggressive with a defiant attitude. This social worker spoke with the minor who denied doing any of this. The minor then spoke about not wanting to be in the home any longer and wanting to return to Porterville. The minor became very upset and ran out of the home. The minor was standing by the mailbox. The minor once discussed about leaving to another home. I speak with minor and he eventually calmed down. The minor |



FAMILY BUILDERS FOSTER CARE, INC.
113 N. CHURCH STREET, SUITE 319
VISALIA, CA 93291
OFFICE (559) 636-1775/ FAX (559) 636-1792

Quarterly/Discharge Report

| Child's Name: ▓▓▓▓▓ | Date of Birth: ▓▓▓▓▓ |
|---|---|
| Placement Worker: Yadira Portillo | Phone Number: (559) 687-6420 |
| Foster Parents: Sandra Ceballos/Alejandro Puentes | Date of Placement: September 4, 2008 |
| Prepared by: Kevin Enquist | Date of Report: December 16, 2008 |

### CHILD'S BACKGROUND INFORMATION

▓▓▓▓▓ is a ten year old Hispanic male. ▓▓▓▓▓ was placed with Family Builders Foster Care on September 4, 2008 in the Family Builders Certified home of Sandra Ceballos and Alejandro Puentes. At the time of this placement, ▓▓▓▓▓ was residing with three other foster children.

### CHILD'S ADJUSTMENT AND BEHAVIOR

▓▓▓▓▓ was residing in the Family Builders Certified home of Sandra Ceballos and Alejandro Puentes. ▓▓▓▓▓ was placed in this home on September 4, 2008. ▓▓▓▓▓'s foster parents had reported that ▓▓▓▓▓ was doing well in their home. On December 10, 2008, the undersigned was informed of an incident that had occurred between ▓▓▓▓▓ and another foster child in the home which had occurred on approximately December 4, 2008, when the other foster child had pulled ▓▓▓▓▓'s pants down while ▓▓▓▓▓ was in bed asleep. The undersigned attempted to place ▓▓▓▓▓ in another Family Builders Certified home, however, the Tulare County Child Welfare Social Worker wanted to place ▓▓▓▓▓ in another home out of the Family Builders Foster Agency.

### PHYSICAL HEALTH

▓▓▓▓▓ appeared to be a healthy child. ▓▓▓▓▓ received his last CHDP medical examination prior to placement with Family Builders Foster Care. The foster parent, Sandra

Ceballos, attempted to have an examination completed at the Tipton Medical Clinic but she was informed that he had been going to the Pixley clinic and could not transfer his account.

████ received a dental examination on November 10, 2008, from Western Dental Services located at 1111 East Tulare Avenue, Tulare, CA 93274, (559) 688-3314. ████ received X-rays and a cleaning.

## THERAPEUTIC SERVICES

████ was receiving mental health services through Tulare Youth Services Bureau. He was participating in regular sessions with ████.

## EDUCATIONAL SERVICES

████ was attending ████ Elementary School, located at 1695 Bella Oaks Drive, Visalia, CA 93274. According to a progress report dated September 26, 2008, ████ had the following grades:

| | |
|---|---|
| Reading | C- |
| Writing | D |
| Mathematics | D |
| Social Studies | C |

## BIOLOGICAL FAMILY INVOLVEMENT

████ was not placed with any of his siblings. ████ was participating in weekly visits with his siblings and his mother. These visits were supervised by Tulare County Child Welfare Services.

ALE v. County of Tulare
CONFIDENTIAL DOCUMENT

# TULARE POLICE DEPARTMENT
260 South "M" Street
Tulare, CA 93924

CA0540600
Phone (559) 684-4239
Fax    (559) 686-3457

| Case Number | Date | Reporting |
|---|---|---|
| TG0811258 | 12/12/08 | ROBERTSON |

Investigation:

On 12/12/08 0941 hrs, I was dispatched to ▓▓▓▓▓ School, 1695 Bella Oaks, regarding a 288 PC report. Upon arrival I made contact with Child Welfare Services worker, YADIRA PORTILLO, she advised the following information.

CWS PORTILLO advised she called Foster Parent, SANDRA CEBALLOS, on Wednesday the 10th, to set-up some tutoring classes with CV. CWS PORTILLO advised while they were talking she asked SANDRA CEBALLOS if everything was going well at the home and SANDRA CEBALLOS advised, "Well we had an incident with ▓▓▓▓▓ on Friday". CWS PORTILLO asked her what happened and SANDRA CEBALLOS was informed, ▓▓▓▓▓ was in CV's bedroom last Friday night, she advised CEBALLOS didn't provide any further information to her regarding specifics. CWS PORTILLO asked SANDRA CEBALLOS if she questioned ▓▓▓▓▓ regarding the incident and ▓▓▓▓▓ told her he was scared so he went into CV's bedroom and slept on the spare bed.

CWS PORTILLO said she called her "team leader" and informed, Prudece Morris, of the incident. CWS PORTILLO stated she wanted ▓▓▓▓▓ removed from the residence and was referred to the on call worker, Maria

000980

Print Date / Time
1/30/2009 4:15:00 PM

File Number
G0811258

Page Number
CONFIDENTIAL DOCUMENT
10/10/2011 WM
Page 161 of 208

**TULARE POLICE DEPARTMENT**  
260 South "M" Street  
Tulare, CA 93924

CA0540600  
Phone (559) 684-4239  
Fax (559) 686-3457

Bautista. CWS PORTILLO said she was informed they would do a 10 day follow-up. CWS PORTILLO advised she then contacted Kevin Inquist and he removed CV from the residence Wednesday afternoon. CWS PORTILLO informed me [redacted] was removed from the residence on today's date and placed into another home in Dinuba.

At approximately 1007 hrs, CWS PORTILLO had CV respond to the conference room. I was present at the time of the interview along with another CWS worker, Miriam Sallam. CV was asked what happened with [redacted] on Friday night. CV was nervous and hesitated to answer her questions. CV only stated, [redacted] goes into room and pulls my pants down. CWS PORTILLO asked CV what happens after [redacted] pulls his pants down, CV replied, "Nasty stuff". I asked CV to be more specific than "nasty stuff" and he said he was nervous and didn't want to say. CWS PORTILLO had CV exit the room and I informed her I needed CV to be more specific. I then suggested that CWS worker Miriam Sallam exit the room, so CV might open up more with one less female in the room. Sallam exited the room and CV returned.

I asked CV to tell me again what happened on Friday night. CV said [redacted] has been doing "nasty things" to me for awhile and the last time was Friday night. CV said he was sleeping in his bed when [redacted] woke him up. CV said [redacted] pulled his pants down and told him if he didn't do

Print Date / Time  
1/30/2009 4:15:00 PM

File Number  
G0811258

Page Number  000981  
CONFIDENTIAL DOCUMENT  
10/10/2011 WM  
Page 162 of 208

**TULARE POLICE DEPARTMENT**
260 South "M" Street
Tulare, CA 93924

CA0540600
Phone (559) 684-4239
Fax    (559) 686-3457

"nasty things" he was going to punch him. CV said ▓▓▓▓, "Made me suck his thing". I asked CV if that was all and he stated he was scared to say. I assured CV that ▓▓▓▓ was removed from the residence and he wouldn't get hurt for telling me what else happened. CV then further advised, "He (▓▓▓▓) put his thing in my butt after it was in my mouth".

This concluded my interview with CV and I contacted Sgt. Ynclan via cellular phone. He then advised the Investigations Supervisor and Detective Hinojosa responded and took over the investigation.

Recommendations:

I recommend this report be forwarded to the Tulare PD Detective Division for follow-up.

Case Status:

Open.

NFI

Ofc. B. Robertson #53.

Print Date / Time
1/30/2009 4:15:00 PM

File Number
G0811258

Page Number 000982
CONFIDENTIAL DOCUMENT
10/10/2011 WM
Page 163 of 208

CONFIDENTIAL DOCUMENT

**TULARE POLICE DEPARTMENT**

260 South "M" Street
Tulare, CA 93924

CA0540600

Phone (559) 684-4239
Fax (559) 686-3457

Approved by : RAMIREZ Date : 12/14/2008 10:09 AM

TULARE POLICE DEPARTMENT
CONTROLLED DOCUMENT
DO NOT DUPLICATE

COPY TO _____
AGENCY _____

Approved by : YNCLAN Date : 12/17/2008 08:00 AM

DATE _____

Print Date / Time
1/30/2009 4:15:00 PM

File Number
G0811258

Page Number 000983
CONFIDENTIAL DOCUMENT
10/10/2011 WM
Page 164 of 208

A.E. v. County of Tulare
CONFIDENTIAL DOCUMENT

**TULARE POLICE DEPARTMENT**
260 South "M" Street
Tulare, CA 93924

CA0540600
Phone (559) 684-4239
Fax (559) 686-3457

## Supplement

TULARE POLICE DEPARTMENT
CONTROLLED DOCUMENT
DO NOT DUPLICATE
COPY TO _____
AGENCY _____

| Case Number | Date | Reporting |
|---|---|---|
| TG0811258 | 12/15/08 | HINOJOSA |

On 12-12-08, at approx. 1100 hrs, I was contacted by Sgt. Altermatt who requested that I respond to ████████ School and assist with a possible child molest report.

Upon arrival I contacted Officer Robertson and Social Worker Yadira Portillo who briefed me on the circumstances. I noted that the CV turned 10 years old on this date and that he was 9 when the crime occurred.

I was advised that the (s) was currently being moved to another foster home in Dinuba. I was also advised that the (s) has some mental health issues and is on medication for this. Officer Robertson advised that the (s) has at least three prior run away juvenile reports made on him.

I obtained the address that the (s) was going to in Dinuba. I also obtained a phone number for the foster parent at that address (████████).

I went back to TPD and obtained a marked PD unit. Detective A Garcia and I responded to ████████ in Dinuba to arrest the (s). While en route I called Mrs. ████████ and explained the circumstances to her. We arrived at approx. 1235 hrs and contacted Mrs. ████████ in front of the residence. She escorted us into the house where (s) was watching TV.

I identified myself to the (s) and told him why I was there. He was aware that the CV had made allegations against him and that this was why I was there.

Print Date / Time
1/30/2009 4:15:00 PM

File Number
G0811258

Page Number 000984
CONFIDENTIAL DOCUMENT
10/10/2011 WM
Page 165 of 208

A.E. v. County of Tulare
CONFIDENTIAL DOCUMENT

**TULARE POLICE DEPARTMENT**
260 South "M" Street
Tulare, CA 93924

CA0540600
Phone (559) 684-4239
Fax (559) 686-3457

I told him that I needed to talk to him about these allegations and that I would be placing him under arrest for further investigation. I placed physical restraints on the (s) and transported him back to Tulare PD. Mrs. ██████ provided me with a bottle of Seroquel and stated that it was the (s)'s medication.

When we arrived back at TPD I booked the (s) accordingly. I then escorted him into the interview room where I obtained a statement from him. It should be noted that because of the fact that there was mention of a mental health issues I took a Gladys R Questionnaire form into the interview room. At the very beginning of the interview I advised the (s) of his rights per Miranda very slowly and deliberately. He stated that he understood his rights and that he had no questions. I also confirmed that he knew definitions of terms such as Courts, Juries, Judges and he stated that he did. I asked him if he was willing to talk with me about the allegations and he stated that he was. I completed just enough of the Gladys R Questionnaire to confirm that the (s) knew the difference between right and wrong and that he was perfectly capable of making good sound decisions. The form is attached to this report.

The (s) at first denied any inappropriate behavior and stated that he has never done anything like this. I asked him about the night in question and he stated that he was lying in bed when he heard noises outside. He stated that he got scared so he walked to the CV's room and woke him up. He stated th[at] touched the CV on his chest in order to wake him and then went ba[ck to his] room. He stated that he never touched the CV anywhere he wasn't su[pposed to]

Print Date / Time
1/30/2009 4:15:00 PM

File Number
G0811258

CONFIDENTIAL DOCUMENT
10/10/2011 WM
Page 166 of 208

**TULARE POLICE DEPARTMENT**

260 South "M" Street
Tulare, CA 93924

CA0540600
Phone (559) 684-4239
Fax   (559) 686-3457

I explained that the CV states that he sodomized him and that he also forced oral copulation on him. He denied this. It wasn't till toward the end of the interview that the (s) finally stated that the CV is the one who is always touching him (suspect). I asked him to clarify and he claimed that the CV is always touching the (s)'s genitals and always asking him to let him "suck it". He stated that recently the CV asked him to allow him to orally copulate so he finally let him just to "shut him up". He denied that he ever had anal sex with the CV.

I later downloaded a copy of the interview onto DVD. When I did this I saw that the first part of the interview doesn't show on the recording and it is believed to be due to equipment failure. I provided records division with a recording and requested a transcript of the (s)'s statement. The DVD was booked into evidence.

The (s) was transported to juvenile hall where he was booked on charges of forcible sodomy and forcible oral copulation.

I made arrangements for the CV to be taken for a CART interview on 12-15-08, at 1100 hrs. Yadira Portillo advised that she was assist by taking the CV to the CART.

On 12-15-08, at approximately 1100 hrs, I responded to the CART Office in Visalia Ca where I met with Forensic Interview Specialist Rene Newman, Deputy DA Ruth McKee and a representative from family services. It should be

Print Date / Time
1/30/2009 4:15:00 PM

File Number
G0811258

CONFIDENTIAL 000586
10/10/2013
Page 167 of 208

**TULARE POLICE DEPARTMENT**
260 South "M" Street
Tulare, CA 93924

CA0540600
Phone (559) 684-4239
Fax   (559) 686-3457

noted that Yadira Portillo and the CV met with me at Tulare PD and followed me to the CART Office.

All present parties were briefed on the allegations. Rene Newman began a forensic interview with the CV at approx. 1127 hrs. The following is a summary of the CV's statement:

CV stated that the (s) does "nasty stuff" to him that he doesn't like. He was asked to clarify and he stated "he pulls my pants down". He went on to explain that the (s) has a room directly across the hall from him. He stated that on the night of the incident the (s) came into his room and pulled his pants down. He stated that he was asleep when the (s) entered the room and woke up when he felt the (s) pulling his pants down. He stated that the (s) then stood up on the bed and "put his thingy in his mouth". He stated that the (s) threatened to "hit him" if he didn't do as he was told. He stated that he didn't want to do this but he was afraid of the (s). Newman was asking him questions as far as what the (s) was saying to him as the incident occurred but the CV stated that the (s) was saying bad words and he refused to repeat what the (s) was saying. He said that the (s) was holding his head and that he was holding his mouth on him.

He was asked if anything came out of the (s)'s penis and he said yes "sperm". He was asked where it went and he stated in his mouth and in his stomach. He stated that the (s) then left the room to go take a shower. The CV stated that he went to brush his teeth and then went back to his room.

000987

Print Date / Time
1/30/2009 4:15:00 PM

File Number
G0811258

CONFIDENTIAL DOCUMENT
10/10/2011 WM
Page 168 of 208

**TULARE POLICE DEPARTMENT**
260 South "M" Street
Tulare, CA 93924

CA0540600
Phone (559) 684-4239
Fax   (559) 686-3457

He stated that a short time later the (s) came into his room again and woke him up.

He stated that the (s) then "put his thingy in his butt". He was asked how he was positioned when this happened and he stated that he was sitting on the bed. To clarify how this happened Newman handed the CV a doll and asked him to demonstrate. The CV showed that he was bent over by showing this position with the doll. He stated that he told the (s) to "back off" but he didn't. He said that the (s) "stuck it in his butt". He was asked if (s) was moving or holding still and he stated that he was holding still. He was asked about the (s) ejaculating again but he stated that he didn't know. He was asked what made him stop and he stated that he pushed him away and told him that he was gonna tell on him.

CV stated that the (s) told him that if he told anybody he was going to hit him and left the room.

CV said that he told his foster parent, Sandra, about what the (s) did to him the next morning. He was asked what Sandra said about it and she said that she "got mad" but didn't do anything else. He stated that (s) was removed from the home a few days later.

CV was asked if he ever saw the (s) do anything like this to anyone else and he stated that he saw the (s) do it to a girl friend of the CV's and provided her first name. He stated that she is in his class and that this also happened at the house on Firestone Street. He wasn't very descriptive as to when it occurred but he stated that he did the same thing to her that he did to him to include

Print Date / Time
1/30/2009 4:15:00 PM

File Number
G0811258

CONFIDENTIAL DOCUMENT 000988
10/10/2011 WM
Page 169 of 208

A.E. v. County of Tulare
CONFIDENTIAL DOCUMENT
/95

**TULARE POLICE DEPARTMENT**  CA0540600
260 South "M" Street  Phone (559) 684-4239
Tulare, CA 93924  Fax (559) 686-3457

sodomy and forced oral copulation. He stated that she hasn't told anybody because she is embarrassed. He also said that he saw the (s) kiss a girl named ~~████~~ but that's all he did to her.

During the interview the interviewer showed the CV an anatomically correct sketch of a juvenile male to include the front and back side. He circled the penile area to show that this is what he refers to as "thingy" and the buttocks area to show the "butt". (attached)

I was provided with a VHS cassette and audio cassette with recordings of the interview. They were stored into evidence.

It was my intent to respond to the 1502 Firestone and obtain a statement from the family that lives there however due to prior appointments I was unable to do so on this date. I am completing this much of my narrative for filing purposes and will provide more information as soon as possible.

I am requesting that a copy of this report be forwarded to the Tulare County District Attorney's Office (Juvenile Division) for filing of the appropriate charges.

No further at this time.

**TULARE POLICE DEPARTMENT**

260 South "M" Street
Tulare, CA 93924

CA0540600

Phone (559) 684-4239
Fax     (559) 686-3457

*TULARE POLICE DEPARTMENT*
*CONTROLLED DOCUMENT*
*DO NOT DUPLICATE*
COPY TO _____
AGENCY _____
BY _____
DATE _____

Approved by : YNCLAN Date : 12/17/2008 08:00 AM

Print Date / Time
1/30/2009 4:15:00 PM

File Number
G0811258

000990
CONFIDENTIAL DOCUMENT
10/10/2011 WM
Page 171 of 208

Page Number
7 of 7

| ☐ Cour. | ☐ ternal |
| ☒ ITFC | ☐ WRAP |
| ☐ _____ | ☐ TBS |

# CONTRACT BED PLACEMENT SUPPORT DOCUMENTATION

Name of 1-on-1 Support Provider: __Corina Alaniz-Support Counselor__

Contract Bed Provider: __Family Builders Foster Care, Inc.__

Name of Minor Receiving Services: ▓▓▓▓▓▓▓   Total: 1 hour

Date: 11/5/08

Shift began: 4:30 pm    Shift ended: 5:30 pm

Describe the minor's general mood during your shift: This counselor visited ▓▓ at His recreational center, where ▓▓ attends group sessions that education teens on drug abuse. ▓▓ was standing in the hall way when this counselor arrived and he greeted this counselor. This counselor had been notified by ▓▓ foster mother that ▓▓ had an altercation with his foster brother. The f/mother reported that a younger f/brother had a huge burse on his arm. The f/mother called the minor into the living room so that the minor could explain the situation. The minor stated that he had been Pestering ▓▓ in a playful manner, however, ▓▓ got very angry and hit him on the arm. When this counselor questioned ▓▓ about this reported behavior, ▓▓ admitted to putting his hands on his f/brother. However, ▓▓ gave the excuse that his f/brother is always bugging him and never leaves him alone. The counselor explained to ▓▓ that he is much bigger and older than the f/brother, and this meant that ▓▓ consequences would be much stricter. ▓▓ seemed to shrug off this information and Continued to blame his f/brother. The counselor encouraged ▓▓ to practice his patience and to walk away from a situation that would cause him to loss his temper. ▓▓ agreed that walking away would have been a better outcome and he stated that he would try to work on his behavior in the future. End of contact.

If the minor exhibited behaviors that required you or the foster parent to intervene, describer what the behaviors were, what interventions were done, and the out come of the interventions: Information was explained above, however, upon returning the Minor back to his foster home, the foster mother reported that CPS had been to the Home to investigate this incident.

Are there any issues not covered above that others need to know about, ie: medication issues, placement issues, visitation issues, clothing issues, etc.: n/a