# Exhibit 5

(TO DECLARATION OF IAN CORZINE, ESQ. IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF DEFENDANT SANDRA CEBALLOS)

```
                 UNITED STATES DISTRICT COURT

                EASTERN DISTRICT OF CALIFORNIA
                                        CERTIFIED COPY


AE,                              )
                                 )   NO. 1:09-CV-02204-LJO-DLB
        Plaintiff,               )
                                 )
        v.                       )
                                 )
COUNTY OF TULARE, et al.,        )
                                 )
        Defendants.              )
                                 )
_____)

Visalia, California
Monday, August 8, 2011


                        DEPOSITION

                            OF

                            AE,

                         A MINOR
```

Moore Court Reporters
525 West Main Street, Suite A
Visalia, CA 93291
(559) 732-3225 / fax (559) 732-3247
mcrreporting@aol.com

TAMARA L. MENDOZA, C.S.R. 9993

1   A.   I don't remember.
2   Q.   Do you recall telling Courtney and Yadira that
3 Beto was trying to do his homework and you went into his
4 bedroom without his permission?
5   A.   Yes.
6   Q.   And do you recall telling Courtney and Yadira
7 that he told you to leave and you wouldn't?
8   A.   Yes.
9   Q.   And do you recall telling Courtney and Yadira
10 that you kind of got in a fight and Beto shoved you into
11 the doorway?
12   A.   No, I don't remember that.
13   Q.   Okay.  How did you -- did you tell Courtney and
14 Yadira how you got the bruise on your arm?
15   A.   No.  I don't remember.
16       MR. ACERO:  But it is correct you went into his
17 room when you got the bruise?
18       THE WITNESS:  Yes.
19       MR. ACERO:  Okay.  And it's correct he was doing
20 homework when you walked in?
21       THE WITNESS:  Yes.
22 BY MS. CHAPMAN:
23   Q.   And it's true that he asked you to leave his
24 room, correct?
25   A.   Yes.

```
 1     Q.   And it's true that you refused to leave his
 2  room; is that correct?
 3     A.   Yes.
 4     Q.   Okay.  And did you guys get in a fight because
 5  you wouldn't leave the room?
 6     A.   No.  Because then I told -- he kept on telling
 7  me to get out, get out, so I just got out.
 8     Q.   So how did you get the bruise on your arm?
 9     A.   It was -- well, we were -- he just -- we were --
10  I was coming out of my room and I told him to lower down
11  the music because he always has his music loud and he
12  don't let me sleep.  So I told him and I went into his
13  room and he was doing homework with loud music and I
14  wouldn't go to sleep, and I stayed there to tell him to
15  stop, to lower down the music and he wouldn't, and then
16  he told me, "Get out, get out."  So I got out.  And then
17  I went back again because I couldn't sleep.  So I told --
18  I told him again and he told me, "If you don't get out,
19  I'm going to sock you."  And so he socked me, and then I
20  got out and I stopped bothering him because I didn't want
21  him to make me more bruises.
22     Q.   Okay.
23     A.   But I did go into his room.
24     Q.   So when he said, "Get out of my room or I'm
25  going to sock you," did you stay in the room?
```

```
 1    Q.    And what did she tell you?
 2    A.    She told me just to ignore him.
 3    Q.    Yadira told you to ignore him or Sandra told
 4  you?
 5    A.    Sandra.
 6    Q.    Did Yadira ever tell you to ignore Beto?
 7    A.    She just told me not to bother him.
 8    Q.    So she told you not to go into his bedroom
 9  without being invited; is that correct?
10    A.    Yeah, yes.
11    Q.    Did she tell you anything other than, "Don't go
12  into his room without being invited"?
13    A.    I don't remember.
14    Q.    Okay.  So she didn't actually say, "Don't bother
15  him," she just said, "Don't go into his bedroom," is that
16  right?
17    A.    Yeah, yes.
18    Q.    Okay.  Did you tell Yadira or Courtney about any
19  other time that Beto hit you?
20    A.    I don't remember.
21    Q.    You don't remember?
22    A.    (Shaking head.)
23    Q.    Was there any other time that Beto hit you?
24    A.    I don't remember.
25    Q.    So other than the time where you got the bruise
```

```
 1  on your arm, you don't remember ever being hit by Beto?
 2      A.   He hit me another time, but I don't know what
 3  happened.  He hit me in my leg, in my left one.
 4      Q.   Did you tell anybody that he hit you in your
 5  leg?
 6      A.   No.
 7      Q.   And where did that happen?
 8      A.   In my room.
 9      Q.   Were you guys fighting?
10      A.   He just -- I don't know what happened.
11  That's -- because he just came into my room and I don't
12  know what happened.  I just -- he just socked me.
13      Q.   He didn't say anything to you?
14      A.   He told me something, I don't know what, but he
15  socked me, hit me I mean.
16      Q.   You don't remember what he said at all?
17      A.   (Shaking head.)
18      Q.   And he never told you why he socked you?
19      A.   No.
20      Q.   Did it cause a bruise?
21      A.   A little one.
22      Q.   Did you tell anybody that it caused a bruise?
23      A.   I don't remember.
24      Q.   Do you remember when the incident in your room
25  happened with the bruise?
```

1  she was going to make a report and give it to the
2  court?
3      A.   No.
4      Q.   Have you heard of the term skew before?
5      A.   No.
6      Q.   Do you recall telling a woman that the foster
7  brother would get mad at you when you took too long in
8  the bathroom and would yell at you to hurry up?
9      A.   Well, I don't remember, but yeah, I told
10 someone, but I don't remember who I told.
11         MS. BRAZE:   Who are you referring to as the
12 foster brother?
13         THE WITNESS:   Beto.
14 BY MS. CHAPMAN:
15     Q.   Was it Beto that you were referring to?
16     A.   Yeah.
17     Q.   When was the first time that you -- strike that.
18 Did Beto break into the bathroom?
19     A.   Yeah, when I was taking a shower.
20     Q.   When was the first time that he broke into the
21 bathroom?
22     A.   I don't remember.  I don't remember.
23     Q.   How soon after you moved upstairs -- strike
24 that.  When he would break into the bathroom, was that a
25 bathroom that was upstairs?

```
 1      A.   Yeah.
 2      Q.   Okay.  Was there also a bathroom downstairs?
 3      A.   Yes.
 4      Q.   Okay.  Was it before or after you moved upstairs
 5  that Beto would break into the bathroom?
 6      A.   I don't remember.
 7           MR. ACERO:  Did that happen more than once.
 8           THE WITNESS:  It happened twice.
 9           MR. ACERO:  That he broke in the bathroom?
10           THE WITNESS:  Yeah.
11           MS. WEST:  Can we clarify what break into the
12  bathroom means?  Are we picking locks, kicking down
13  doors, opening an unlocked door?  What exactly are we
14  talking about?
15           THE WITNESS:  Open a locked door?
16  BY MS. CHAPMAN:
17      Q.   He would open a locked door?
18      A.   Yeah.
19      Q.   Do you know how?
20      A.   No, I was taking a shower.
21      Q.   Did he tell you why he was opening the locked
22  door?
23      A.   He told me because he was doing his hair, he had
24  to do his hair and brush his teeth.
25      Q.   So this is when he was getting ready for
```

1    Q.    Did you feel like Beto was going to hurt you
2 when you were in the bathroom?
3    A.    Yeah.
4    Q.    And why did you feel like Beto was going to hurt
5 you?
6    A.    Because he's never opened the door and he just
7 told me, "Hurry up, hurry up," and he just opened the
8 door, and I told him, "Well, how come you're coming in?"
9 "Because I need to do my hair and my teeth and I need to
10 wash my face because I need to go to school."  And I told
11 him, "I would have hurried up if you would have told me."
12    Q.    Okay.  Did he do or say anything that made you
13 feel like he was going to hurt you?
14    A.    He just told me to, "Be quiet."  He told me to
15 shut up and I told him, "Why?"  "Just because.  So they
16 won't hear when I'm in here while you're taking a
17 shower."
18    Q.    Okay.  Did he make any threats to you?
19    A.    No.
20    Q.    Did Beto ever tell you that he was going to kick
21 your ass?
22    A.    Yes.
23    Q.    And when did he tell you that?
24    A.    I don't remember, but he told me when I was
25 getting out of my room.

1   Q.   You were walking out of your room?
2   A.   Yes, I was going downstairs.
3   Q.   How many times did he tell you that he was going
4   to kick your ass?
5   A.   Once.
6   Q.   So with respect to the bathroom, did he ever
7   threaten to kick your ass because you were taking too
8   long in the bathroom?
9   A.   Yes, because I was taking too much of the
10  restroom.
11  Q.   So when he said that to you when you were
12  walking down the stairs, was that after you had took too
13  long in the bathroom?
14  A.   Yeah.
15  Q.   Okay.  Do you remember a social worker coming
16  out and talking to you about Beto opening the door while
17  you were in the bathroom?
18  A.   No.
19  Q.   Do you remember talking to Yadira about Beto
20  coming into the bathroom?
21  A.   No, I don't remember.
22  Q.   Do you remember Yadira and another social
23  worker, another woman coming out a second time and
24  talking to you about Beto and the bathroom?
25  A.   No, I don't remember.

```
 1      Q.   Okay.
 2      A.   I told her that she -- that he -- that he robbed
 3 me money.
 4      Q.   I'm sorry.  You told her what?
 5      A.   That he robbed me money, my allowance.
 6      Q.   Okay.  So you told Sandra that he robbed --
 7      A.   -- me money.
 8      Q.   Okay.  And did he take your allowance?
 9      A.   Yes.
10      Q.   And how soon after the first incident where he
11 did nasty things did you tell Sandra that he took money
12 from you?
13      A.   That was -- I don't remember, but it was -- the
14 incident happened and then like a week later he just
15 robbed me money, I don't know, and I know because I had
16 my money in my bed and I -- because I went downstairs
17 because Sandra was calling me to do -- to take out all
18 the trash, and I took `em out and when I went back, my
19 money wasn't in the bed and I told Sandra.  I didn't do
20 nothing with him.  I didn't discuss nothing with him.  I
21 told Sandra that he robbed my money, and she told him to
22 give me back my money.
23      Q.   And did he give you back your money?
24      A.   Yes.
25      Q.   Did you tell Sandra that Beto had hurt you in
```

1  ~~any way?~~
2     ~~A.   No.~~
3     Q.   Okay.  In between the first incident and the
4  second incident, did you talk to any social workers about
5  anything?
6     A.   No.
7     Q.   Did you have a visit with your mom in between
8  the first incident and the second incident?
9     A.   I think, yes.
10    Q.   And at the visit, you saw somebody who
11 supervised the visit from the county; is that right?
12    A.   Yes.
13    Q.   Okay.  Did you tell the person that supervised
14 the visits that Beto had hurt you?
15    A.   No.
16    Q.   Okay.  And did you tell your mom that Beto had
17 hurt you?
18    A.   I don't remember.
19    Q.   So after he took your money, did another week go
20 by before the second time that he did nasty things?
21    A.   Two weeks.  A week went by.
22    Q.   And then another week?
23    A.   Yeah.
24    Q.   Okay.
25         MR. ACERO:  Just to clarify that, so the money --

```
 1  read scary stories?
 2      A.   Yeah, and he'll close it and I'll tell him to
 3  get out, but he won't.  He'll say just, "Shut up.  I'll
 4  just stay here for a little while."
 5      Q.   Okay.  Did you ever tell Sandra that he was
 6  coming into your room and reading scary stories?
 7      A.   No, no.
 8      Q.   Did you have --
 9      A.   And I also saw him -- when I was coming
10  upstairs, it was after I was eating lunch before -- no,
11  after I ate lunch, I went upstairs.  Her son Alex and
12  him, Beto, were drinking -- they were drinking a bottle
13  of alcohol.  The ones that they -- like when you cut
14  yourself and you pour alcohol right there, they were
15  drinking it all.  And he looked like he was drunk.  He
16  was like -- his eyes were closing already, him and his
17  son, Alex.
18      Q.   So let's go back to the scary stories.  You
19  never told Sandra that he was coming in your room at
20  night and reading scary stories.
21      A.   No.
22      Q.   Did you ever tell Sandra that he was coming into
23  your room at night?
24      A.   No.
25      Q.   Okay.
```

```
 1      Q.   Do you remember Kevin asking you if anything
 2  else happened when Jose or Beto pulled your pants down?
 3      A.   No.
 4      Q.   Do you know Beto also as Jose?
 5      A.   Yes.
 6      Q.   So Beto is Jose?
 7      A.   Yes.
 8      Q.   Do you know Jose's last name?
 9      A.   No.
10      Q.   Do you recall it being Ramos?
11      A.   I've heard about it, but --
12      Q.   Do you recall his name being Jose Ramos?
13      A.   No.
14      Q.   Okay.  Do you recall being at the district
15  attorney's office on December 15th with the social
16  workers?
17      A.   No.
18      Q.   Do you recall Kevin meeting you at the district
19  attorney's office on December 15th?
20      A.   No.
21      Q.   Now, I get to follow her, so when she asked
22  questions, I have questions of her questions.  You were
23  asked if you talked to someone before this deposition.  I
24  want to know if you talked to your mother about your
25  deposition.
```

1  your mom and her boyfriend were doing in the house?
2     A.   What do you mean?
3     Q.   Do you ever recall telling Adrain that you were
4  bothered my your mom's boyfriend?
5     A.   Yeah, I told him, I think.  No, I don't
6  remember.
7     Q.   So you don't remember telling him that the
8  boyfriend was kind of -- you know, was a bother to you
9  and you didn't like him?
10    A.   No.
11    Q.   Okay.  Did you ever sneak into your mom's room
12 when her and her boyfriend were there and hide?
13    A.   No.
14    Q.   That's all I have.
15                    **FURTHER EXAMINATION**
16 BY MR. WEST:
17    ~~Q.   At any time while you lived at Sandra's house,~~
18 ~~did you ask her to protect you from Beto?~~
19    ~~A.   No.~~
20    Q.   After the first time in your bedroom that you
21 told us about and before that second time, did you let
22 Sandra know in any way that Beto had hurt you that
23 night?
24    A.   I don't remember.
25    Q.   Thanks.  That's all I have.  Nothing further.