KATHLEEN BALES-LANGE, #094765
Tulare County Counsel
TERESA M. SAUCEDO, #093121
Chief Deputy County Counsel
Judy Chapman, # 169479
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Phone: (559) 636-4950
Fax: (559) 737-4319
E-mail: jchapman@co.tulare.ca.us

Attorneys for County of Tulare, Yadira Portillo,
Courtney Wampler, and CWA Felix

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AE, a minor, by and through his Guardian ad Litem, MARIBEL HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE, et al.<br><br>Defendants. | **CASE NO. 1:09-CV-02204-LJO-DLB**<br><br>DEFENDANTS COUNTY OF TULARE, YADIRA PORTILLO, COURTNEY WAMPLER, AND CWA FELIX'S NOTICE OF REQUEST TO SEAL DOCUMENTS; AND ORDER |

Pursuant to Eastern District Local Rule 141, Defendants County of Tulare, Yadira Portillo, Courtney Wampler, and CWA Felix ("Defendants") file this request for leave to file certain confidential documents under seal in conjunction with Defendants' Motion for Summary Judgment, which Defendants intend to be heard on July 18, 2012.

Plaintiff sues County of Tulare and its employee defendants alleging they were negligent by not reporting suspected abuse against A.E. and for failing to remove A.E. from his placement. Plaintiff contends that if such abuse had been reported and the plaintiff removed from his placement in the foster home of Defendant Sandra Ceballos, the sexual assault incident giving rise to this action would have been avoided.  Defendants are concurrently filing its motion for summary judgment with this request to seal documents.

In support of their motion, the Defendants seek to submit documentation from the County's Child Welfare Services file and from the juvenile court's file regarding the minors subject to this action. The records were released as confidential and under protective orders of the Juvenile Division of the Tulare County Superior Court pursuant to California Welfare and Institutions Code § 827 petitions. Copies of those protective orders are attached to the Evidence in Support of Motion for Summary Judgment as Exhibit __. In addition, Defendants request that the Declarations and Excerpts from Deposition Transcripts regarding this matter be filed under seal.

Defendants have submitted a "Request to Seal Documents," a proposed order for that request, and a copy of the documents sought to be sealed via electronic mail to the Court. Further, this request, the proposed order, and copies of the documents have been served on all parties via U.S. Mail.

Dated: June 6, 2012

KATHLEEN BALES-LANGE
Tulare County Counsel

By     /s/ Judy Chapman
Judy Chapman, Deputy County Counsel
Attorneys for Defendants County of Tulare,
Yadira Portillo, Courtney Wampler,
and CWA Felix

IT IS SO ORDERED that the Defendants request to file the above referenced documents under seal is granted.

IT IS SO ORDERED.

Dated: **June 11, 2012**          /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE