UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AE, a minor, by and through his Guardian ad Litem, MARIBEL HERNANDEZ,<br><br>　　　　Plaintiff,<br>　vs.<br>COUNTY OF TULARE, et al.,<br>　　　　Defendants.<br>_____/ | CASE NO. CV F 09-2204 LJO DLB<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 222.) |

The parties' counsel notified this Court that settlement has been reached among all remaining parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than August 23, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending matters and dates, including the July 25, 2012 summary judgment hearing, September 13, 2012 pretrial conference, and October 23 trial. This Court will devote no more efforts to the summary judgment motions.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   July 11, 2012**　　　　　　　　　　　　/s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE